# EXHIBIT C

Electronically FILED by Superior Court of California, County of Riverside on 12/12/2023 02:01 PM
Case Number CVRI2306672 0000078229740 - Jason B. Galkin, Executive Officer/Clerk of the Court By Joseline DeRosier, Clerk

Erika E. Alba (CA State Bar No. 170287)
Woolsey Morcom Attys at Law
6080 Center Drive, 6th Floor
Los Angeles, CA  90045
(213) 371-0182
erika@woolseymorcom.com

Counsel for Plaintiffs

# SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF RIVERSIDE

|  |  |
|---|---|
| TIM DE YOUNG,<br>DEBORA DE YOUNG,<br><br>            Plaintiffs,<br><br>      vs.<br><br>ZURICH AMERICAN INSURANCE<br>COMPANY,<br><br>            Defendant. | Case No.  CVRI2306672<br><br>UNLIMITED CIVIL, DEMAND OVER<br>$25,000.00<br><br>COMPLAINT FOR:<br><br>1.      BREACH OF CONTRACT<br><br>**DEMAND FOR JURY TRIAL** |

## COMPLAINT AND DEMAND FOR JURY TRIAL

COME NOW, the Plaintiffs, TIM DE YOUNG AND DEBORA DE YOUNG (hereinafter referred to as "Plaintiffs"), by and through the undersigned counsel, and hereby sue Defendant ZURICH AMERICAN INSURANCE COMPANY (hereinafter referred to as "Defendant"), and as grounds therefore state as follows:

/ / /

/ / /

/ / /

1
COMPLAINT FOR DAMAGES

## JURISDICTION AND VENUE

1.      Venue is proper in this court pursuant to California Code of Civil Procedure Section 395 and 395.5 as Plaintiff's property is located in Riverside County, California.

2.      This is an action for damages in excess of twenty-five thousand dollars ($25,000.00), exclusive of pre-judgment interest, attorney's fees, and costs.

3.      At all times material hereto, Plaintiffs owned the property at 27936 Golden Hill Ct., Menifee, CA  92585-3923 (the "Property").

4.      At all times material hereto, Defendant was a corporation duly licensed to conduct business in the State of California and is engaged in the business of insurance in Riverside County.

5.      Jurisdiction and venue are proper in this Court.

## GENERAL ALLEGATIONS

6.      At all times material, Plaintiffs' Property was covered and insured for covered losses by Policy number **ZH02542250** issued by Defendant (the "Policy"). A copy of the Policy is attached thereto as Exhibit "A."

7.      At all times material, Plaintiffs had paid all premiums on the Policy, and the Policy was in full force and in effect.

8.      On or about January 14, 2023, Plaintiffs suffered damages to the Property, including, but not limited to, storm, wind, rain and/or water intrusion.

9.      The damage to the Property was caused by a covered peril under the Policy.

10.     The damage to Plaintiffs' property was accidental, continuing in nature, and covered under the Policy.

11.     Almost immediately following the storm event causing Plaintiffs' Property damage, Plaintiffs made a timely application for insurance benefits under the Policy and Defendant assigned Plaintiffs Claim Number 159016012.

12.     Plaintiffs duly made an application for insurance benefits under the Policy for damage to their roof, but Defendant denied coverage for the failed roof even though it opened

coverage and issued payment to repair interior damages which occurred solely due to damage to the roof.

14.     All conditions precedent to obtaining payment of said benefits under the Policy from Defendant have been compiled with, met, or were waived by Defendant.

15.     To date, Defendant has paid Plaintiffs a settlement amount far short of that necessary to   return Plaintiffs' property to its pre-storm condition.

## CAUSE OF ACTION 1

### (Breach of Contract Against Defendant)

16.     Plaintiffs hereby incorporate by reference paragraphs 1 through 15, as though fully set forth therein.

17.     Plaintiffs and Defendant are parties to a valid and binding contract under which Defendant is required to provide insurance benefits to Plaintiffs in the event of a covered loss to Plaintiffs' Property.

18.     Plaintiffs have suffered a covered loss to the Property.

19.     Defendant has breached the Policy by failing to fully acknowledge Plaintiffs' covered loss and failing to pay Plaintiffs all the benefits due and owing under the Policy.

20.     Plaintiffs have been damaged by Defendant's breach of contract.

21.     Plaintiffs are entitled to damages, including but not limited to, the full cost of remediation and repair of the Property.

22.     As a direct, proximate, and legal result of Defendant's breach of the contract, Plaintiffs have suffered damages including, but not limited to, the loss of benefits due under the contract, consequential damages including interest on monies the Plaintiffs should have received promptly, but which they did not receive in a timely fashion due to Defendant's breach of contract, and other fees, expenses, and costs to be proven at trial.

///

///

WHEREFORE, Plaintiffs pray for judgment against Defendant as follows:

1.  All damages to which Plaintiffs are entitled, including all benefits available under the Policy of insurance;

2.  Pre-judgment interest;

3.  Court costs.

4.  For attorneys' fees and costs reasonably incurred to compel the payment of benefits under the Policy as permitted under *Brandt v. Superior Court* (1985) 37 Cal.3d 813.

5.  For such other relief as the Court deems just and proper.

### JURY DEMAND

Plaintiffs demand a trial by jury on all issued in this action.

Dated: December 7, 2023

_____
Erika Alba, Esq
California Bar No 170287
Woolsey Morcom, PLLC
6080 Center Drive, 6th Floor
Los Angeles, CA 90045
(213) 371-0182
erika@woolseymorcom.com
jake@woolseymorcom.com
Attorney for the Plaintiffs

E  hibit  A

**INSURED    1 COPY**

GEICO INSURANCE AGENCY, LLC
ONE GEICO BLVD.
FREDERICKSBURG, VA 22412

CERTIFIED POLICY COPY-ARROWHEAD UNDERWRITING 7.17.2023

DEBRA DE YOUNG
27936 GOLDEN HILL CT
MENIFEE, CA 92585-3923

### Thank you for renewing your policy with:

# ZURICH AMERICAN INSURANCE COMPANY

**This package contains your declaration page and important policy forms. Please be sure to review your policy carefully for a complete explanation of the policy coverages and exclusions. If you have any questions, please contact your producer.**

**GO TO THE POLICYHOLDER SECTION ON www.arrowheadexchange.com TO:**

**Make Payments | Manage Recurring Payment Options
View Policy Information & Documents | Manage Paperless Document Delivery**

TO REPORT A CLAIM 24 HOURS A DAY
**Call 1-866-519-1302**
Online www.acmclaims.com

**Policyholder should report claims within 24 hours of time of loss.**

Administered by Arrowhead General Insurance Agency, Inc.



**Date Issued:** 07/17/23

CERTIFIED POLICY COPY-ARROWHEAD UNDERWRITING 7.17.2023

# GEICO. | FOR YOUR HOME

Secured through:

GEICO Insurance Agency, LLC
1 GEICO Blvd
Fredericksburg, VA  22412

Program Administrator:

**ARROWHEAD**
GENERAL INSURANCE AGENCY INC.

Customer Service:  1-855-721-9248

07/17/23

Dear DEBRA,

We want to take this opportunity to thank you for renewing your HOMEOWNERS policy through the GEICO Insurance Agency, underwritten by Zurich American Insurance Company! We're so delighted you chose us to serve your insurance needs and we're grateful for your loyalty.

Your policy information is enclosed.  Please take a moment to review your declarations page and read your policy carefully.

**GEICO's here to make life easy**

Take advantage of our convenient and easy to use self-service options, which make it simple to review a policy, make payments, enroll in paperless billing, and more.  Visit **geico.com** to activate your online account.

If you have any questions about your HOMEOWNERS policy, don't hesitate to visit **geico.com,** log in to the **GEICO Mobile App,** or feel free to give us a call at **1-855-721-9248.** It's our priority to make sure you're getting the protection you need at the right price, complete with the discounts and service you deserve.

Thanks again for choosing the GEICO Insurance Agency.  We're so grateful for your business, and we look forward to continuing to serve you for many years to come.

Sincerely,

*Melissa Gallaro*

Melissa Gallaro
President
GEICO Insurance Agency, LLC

Some discounts, coverages, payment plans and features are not available in all states, in all GEICO companies, or in all situations. Homeowners, renters and condo coverages are written through non-affiliated insurance companies and are secured through the GEICO Insurance Agency, LLC  GEICO is a registered service mark of Government Employees Insurance Company, Washington, D.C. 20076; a Berkshire Hathaway Inc. subsidiary. © 2018 GEICO

Sensitivity: Confidential

**Zurich American Insurance Co.**
Processing Center
P.O. Box 9061, Carlsbad, CA 92018-9061

HOMEOWNERS DECLARATIONS
D-BILL: LOANCARE SERVICING CENTER        PAGE:  1
CERTIFIED POLICY COPY-ARROWHEAD UNDERWRITING 7.17.2023
RENEWAL

| GA:        1 | PRODUCER: 154104        (855) 721-9248 |
|---|---|
| ARROWHEAD GENERAL INSURANCE AGENCY, INC.<br>P O BOX 9061<br>CARLSBAD, CA 92018-9061 | GEICO INSURANCE AGENCY, LLC<br>ONE GEICO BLVD.<br>FREDERICKSBURG, VA 22412 |

| NAMED INSURED AND MAILING ADDRESS | LOCATION ADDRESS |
|---|---|
| DEBRA DE YOUNG MW/SP<br>TIMOTHY S DE YOUNG<br>27936 GOLDEN HILL CT<br>MENIFEE, CA 92585-3923 | 27936 GOLDEN HILL CT<br>MENIFEE, CA 92585-3923<br><br>COUNTY: RIVERSIDE |

**POLICY NO:** ZHO2542250   **Policy Period:**   9/19/2022 to  9/19/2023

**HOMEOWNERS DECLARATIONS**   **12:01 A.M. Standard Time at the Address of the Named Insured as Stated Herein.**

COVERAGE PROVIDED WHERE PREMIUM OR LIMIT OF LIABILITY SHOWN FOR THE COVERAGE:
|  -  -  -  -  -  - SECTION I -  -  -  -  -  -  | -  -SECTION II-  - |

| COVERAGES AND LIMITS OF LIABILITY | A.DWELLING | B.OTHER STRUCTURES | C.PERSONAL PROPERTY | D.LOSS OF USE | E.PERSONAL LIABILITY | F.MEDICAL PAYMENTS |
|---|---|---|---|---|---|---|
|  | 540,500 | 54,050 | 378,350 | 108,100 | 300,000 | 1,000 |

FOR COVERED LOSSES, WE COVER ONLY THAT PART OF THE LOSS OVER THE DEDUCTIBLE
STATED:  $1,000 LOSS DEDUCTIBLE

SUMMARY OF PREMIUM:
| BASIC PREMIUM | $ 2032 | TOTAL PREMIUM | $ 1862.00 |
|---|---|---|---|
| ADDITIONAL PREMIUM | $  170CR | POLICY FEE | $   40.00 |
| TOTAL PREMIUM | $ 1862 | CA SEISMIC SAFETY FEE | $    0.15 |
|  |  | TOTAL POLICY | $ 1902.15 |

POLICY SUBJECT TO THE FOLLOWING SURCHARGES, CREDITS, ENDORSEMENTS AND FORMS:

| FORM NO | EDITION | DESCRIPTION | LIMITS | PREMIUM |
|---|---|---|---|---|
| WDHHH | 4/21 | WATER HELPFUL HINTS | | |
| ZAHOPHMITV | 9/18 | DWELLNG LIMIT NOTICE | | |
| ZAHHO-CRID | 1/21 | INSURANCE DISCLOSURE | | |
| ZAHHOBORCA | 9/18 | INSUR DISCLOSURE BOR | | |
| ZAHHOOOLCA | 7/21 | ORD OR LAW DISCLOSUR | | |
| ZAHHO-10CA | 9/18 | CA INS GUARANTEE ASN | | |
| ZUG 105C | 9/18 | CONSUMER AFFAIRS | | |
| CAZSCTPN | 9/18 | THIRD PARTY NOTICE | | |
| 2019 CSS05 | 11/19 | COMMUNITY SERVICE | | |
| U-GU-1041A | 3/11 | OFAC ADVISORY | | |
| U-GU874ACW | 6/11 | COMPENSATION NOTICE | | |
| HO 00 03 | 5/11 | SPECIAL FORM | | |
| ZAHHOSP CA | 7/21 | CA SPEC PROVISIONS | | |
| | | ADVANTAGE PACKAGE | | $242 |
| HO 23 56 | 7/19 | SPECIFIED ADDL INS | 50% | INCLUDED |
| HO 04 07 | 7/19 | REP COST-PERS PROP | | INCLUDED |
| HO 04 95 | 1/14 | WATER BACKUP | $5,000 | INCLUDED |
| ZAHHO-50CA | 9/18 | LIMITED FUNGI COVG | | |
| HO 24 90 | 8/01 | WORKERS COMPENSATION | | |
| ZAHHO-9 CA | 9/18 | LENDERS LOSS PAY END | | |

OCC: PRIMRY  PGM: HO3-9          TERR: 033  BLT: 1990 FRAME    PRT CLS: 003

* CONTINUED *

**Date Issued:**  07/17/23

**Zurich American Insurance Co.**
Processing Center
P.O. Box 9061, Carlsbad, CA 92018-9061

HOMEOWNERS DECLARATIONS
D-BILL: LOANCARE SERVICING CENTER       PAGE: 2
CERTIFIED POLICY COPY, ARROWHEAD UNDERWRITING 7.17.2023
ADDITIONAL INFORMATION

| GA: 1 | PRODUCER: 154104       (855) 721-9248 |
|-------|------------------------------------------|
| ARROWHEAD GENERAL INSURANCE AGENCY, INC. P O BOX 9061 CARLSBAD, CA 92018-9061 | GEICO INSURANCE AGENCY, LLC ONE GEICO BLVD. FREDERICKSBURG, VA 22412 |

| NAMED INSURED AND MAILING ADDRESS | LOCATION ADDRESS |
|-----------------------------------|------------------|
| DEBRA DE YOUNG MW/SP TIMOTHY S DE YOUNG 27936 GOLDEN HILL CT MENIFEE, CA 92585-3923 | 27936 GOLDEN HILL CT MENIFEE, CA 92585-3923   COUNTY: RIVERSIDE |

**POLICY NO:** ZHO2542250   **Policy Period:**   9/19/2022 to 9/19/2023

**HOMEOWNERS DECLARATIONS**   12:01 A.M. Standard Time at the Address of the Named Insured as Stated Herein.

POLICY SUBJECT TO THE FOLLOWING SURCHARGES, CREDITS, ENDORSEMENTS AND FORMS:

| FORM NO | EDITION | DESCRIPTION | LIMITS | PREMIUM |
|---------|---------|-------------|--------|---------|
| HO 04 16 | 10/00 | PREM ALARM/FIRE PROT | | $40CR |
| HO 06 53 | 2/17 | HOME-SHARE ACTIVITY | | |
| ZAHHO25PBE | 9/18 | ANIMAL LIAB EXCLSN | | $30CR |
| ZAHHODBECA | 9/18 | DIVING BOARD EXCLSN | | |
| | | POOL SLIDE EXCLSN | | |
| ZAHHOCSCE | 9/18 | SUBST/CANNABIS EXCL. | | |
| ZAHHOTE CA | 9/18 | TRAMPOLINE EXCLUSION | | |
| | | DEDUCTIBLE $1000 | | $242CR |
| | | AGE OF HOME ADJSTMNT | | $40CR |
| | | 1 CLAIM SURCHARGE | | $202 |
| | | MATURE HOMEOWNER | | $101CR |
| | | TILE ROOF CREDIT | | $60CR |
| | | RENEWAL CREDIT | | $101CR |
| CAHO3 HPDZ | 7/21 | PREM DISC AVAILABLE | | |
| UGU1107DCW | 1/20 | PRIVACY NOTICE | | |
| U-GU-319-F | 1/09 | IN WITNESS CLAUSE | | |

* INSURED EDELIVERY EMAIL: dabarrett22@yahoo.com

*FEE SCHEDULE:
    THIS POLICY IS SUBJECT TO THE FOLLOWING FEES WHEN APPLICABLE.
        INSTALLMENT PAYMENT FEE    $7.00 PER PAYMENT
                                   IF FULL ANNUAL PAYMENT NOT ELECTED
            REINSTATEMENT FEE    $15.00 PER REINSTATEMENT
                                   IF POLICY CANCELLED AND WE AGREE TO
                                   REINSTATE THE POLICY
    NON-SUFFICIENT FUND FEE    $25.00 CHARGED ON EACH CHECK/DEBIT CARD/
                                   CREDIT CARD PAYMENT RETURNED UNPAID

    ALL FEES APPROVED BY THE CALIFORNIA DEPARTMENT OF INSURANCE.

    THE POLICY FEE DISCLOSED ON THE FRONT PAGE OF YOUR DECLARATIONS PAGE AND
    THE ADDITIONAL FEES DISCLOSED ABOVE ARE FULLY EARNED AND ARE NOT SUBJECT
    TO REFUND IN THE EVENT THE POLICY IS CANCELLED.

** IMPORTANT **   POLICY DOES NOT PROVIDE EARTHQUAKE COVERAGE.

                        * CONTINUED *

**Date Issued:**   07/17/23

INSURED   1 COPY

**Zurich American Insurance Co.**
Processing Center
P.O. Box 9061, Carlsbad, CA  92018-9061

HOMEOWNERS DECLARATIONS
D-BILL: LOANCARE SERVICING CENTER    PAGE:   3
CERTIFIED POLICY COPY ARROWHEAD UNDERWRITING 7.17.2023
ADDITIONAL INFORMATION

| GA:    1 | PRODUCER: 154104           (855) 721-9248 |
|---|---|
| ARROWHEAD GENERAL INSURANCE AGENCY, INC.<br>P O BOX 9061<br>CARLSBAD, CA 92018-9061 | GEICO INSURANCE AGENCY, LLC<br>ONE GEICO BLVD.<br>FREDERICKSBURG, VA 22412 |

| NAMED INSURED AND MAILING ADDRESS | LOCATION ADDRESS |
|---|---|
| DEBRA DE YOUNG MW/SP<br>TIMOTHY S DE YOUNG<br>27936 GOLDEN HILL CT<br>MENIFEE, CA 92585-3923 | 27936 GOLDEN HILL CT<br>MENIFEE, CA 92585-3923<br><br>COUNTY: RIVERSIDE |

**POLICY NO:** ZHO2542250   **Policy Period:**   9/19/2022 to  9/19/2023

**HOMEOWNERS DECLARATIONS**   12:01 A.M. Standard Time at the Address of the Named Insured as Stated Herein.

** IMPORTANT **   THE LIMIT OF LIABILITY FOR THIS STRUCTURE (COVERAGE A) IS
BASED ON AN ESTIMATE OF THE COST TO REBUILD YOUR HOME,
INCLUDING AN APPROXIMATE COST FOR LABOR AND MATERIALS IN
YOUR AREA, AND SPECIFIC INFORMATION THAT YOU HAVE PROVIDED
ABOUT YOUR HOME.

** IMPORTANT **   THIS POLICY PROVIDES BUILDING CODE UPGRADE COVERAGE FOR THE
INCREASED COSTS OF REPAIRING OR REPLACING DAMAGE TO THE
INSURED DWELLING CAUSED BY A COVERED LOSS BECAUSE OF
BUILDING ORDINANCES OR LAWS REGULATING THE REPAIR OR
REPLACEMENT. BUILDING CODE UPGRADE COVERAGE IS PROVIDED
BASED ON THE INCREASED COSTS ASSOCIATED WITH BUILDING
ORDINANCES OR LAWS IN EFFECT AT THE TIME OF LOSS OR
REBUILDING, UP TO POLICY LIMITS FOR THIS COVERAGE. THE
POLICY MAY DENOTE RESTRICTIONS, IF ANY, ON COVERAGE FOR
COMPLIANCE WITH APPLICABLE BUILDING CODES THAT TAKE EFFECT
AFTER THE DATE OF LOSS, BUT BEFORE THE ISSUANCE OF REQUIRED
BUILDING PERMITS. THIS POLICY INCLUDES BUILDING CODE UPGRADE
COVERAGE OF  10%.

1ST LOAN NO. 0016702268
MTG LOANCARE SERVICING CENTER
     PO BOX 202049
     FLORENCE, SC 29502

THE FOLLOWING FORMS HAVE BEEN ADDED OR UPDATED:   2019 CSS05(11/19)
ZAHHOSP CA(07/21)

* END OF POLICY DECLARATIONS *

**Date Issued:**   07/17/23

INSURED  1 COPY

ZHO2542250

CERTIFIED POLICY COPY-ARROWHEAD UNDERWRITING 7.17.2023

# WATER DAMAGE – Helpful Hints for Homeowners



## Water Leak Detection Devices:

Smart home technologies make it easier to help protect your home from water damage. Water leak detection devices and automatic shut off valves are reasonably priced and can be purchased at your local hardware store. When properly installed, these devices allow for quick intervention in the event of a leak. Many systems enable homeowner to remotely shut off the water and some devices will automatically shut off the water if a leak is detected. Should a leak occur, homeowners can swiftly respond and limit any subsequent damage whether you are home or not.

Your homeowners policy through Zurich American Insurance Company offers discounts when water leak detection and/or shut off devices are installed in your home. Available discounts are:

- 4% - Water leak detection sensors installed with smart phone notification. Sensors must be located in each bathroom, kitchen and in utility room(s) with water heater or washing machine. Water main must be shut off manually.

- 6% - Water leak detection sensors installed with smart phone notification and automatic shutoff of water main. Sensors must be located in each bathroom, kitchen and in utility room(s) with water heater or washing machine. Automatic water main shutoff valve must be professionally installed.

- 8% - Water flow sensor attached to water meter that detects excessive or continuous flows of water through plumbing system and automatically shuts off water main. Flow meter and water main shutoff valve must be professionally installed.

Please contact your insurance agent if you have installed a water leak detection or water shut off device to obtain the applicable premium discount.

## Other steps to help prevent water losses:

- Know where your main water valve is located in case you need to shut the water off in an emergency.

- Turn off the water main valve when leaving town for extended periods of time.

- Turn off the washing machine, toilet and under-counter sink valves when leaving town for extended periods of time if unable to turn off the main valve.

- Periodically check that valves are working correctly and are not dripping, including the water main, bathroom sinks, toilets, refrigerators, and dishwashers.

- Occasionally inspect washing machine and toilet supply line/hoses for bulges, cracks or other signs of wear and tear. Replace rubber hoses every five years or install a more durable stainless-steel braided hose. Replace stainless steel braided hoses every 10 years.

- Periodically inspect water heaters for signs of rust and leaks. Water heaters typically last 8-12 years. To prevent rust and corrosion, that could lead to leaks, it is recommend that water heaters be flushed at least once per year to remove sediment from the bottom of the tank.

- Avoid frozen water pipes by maintaining the heat in your home, allow faucets, both cold and hot water, to drip, keep interior doors/cabinets open where pipes may be located, seal up cracks and holes where pipes may be exposed to cold air and add insulation to pipes located in areas, such as basements or attics.

- Avoid frozen pipes outdoors by draining garden hoses and faucets. You can protect faucets from freezing by using a faucet cover throughout the winter months.

- If you have frozen pipes, turn off the water at the main valve until pipes can be thawed. Once pipes are thawed turn water back on slowly checking for leaks and broken pipes. Do not use open flame devices, kerosene heaters or blow torches to thaw the pipes. This can lead to not only a fire hazard but will increase the likelihood of your pipes bursting.

Disclaimer:

WDHHH (04-21)

Issue Date: 07/17/23                    INSURED  1 COPY

ZHO2542250

CERTIFIED POLICY COPY-ARROWHEAD UNDERWRITING 7.17.2023

The information in this publication was compiled from sources believed to be reliable for informational purposes only. All sample policies and procedures herein should serve as a guideline, which you can use to create your own policies and procedures. We trust that you will customize these samples to reflect your own operations and believe that these samples may serve as a helpful platform for this endeavor. Any and all information contained herein is not intended to constitute advice (particularly not legal advice). Accordingly, persons requiring advice should consult independent advisors when developing programs and policies. We do not guarantee the accuracy of this information or any results and further assume no liability in connection with this publication and sample policies and procedures, including any information, methods or safety suggestions contained herein. We undertake no obligation to publicly update or revise any of this information, whether to reflect new information, future developments, events or circumstances or otherwise. Moreover, Zurich reminds you that this cannot be assumed to contain every acceptable safety and compliance procedure or that additional procedures might not be appropriate under the circumstances. The subject matter of this publication is not tied to any specific insurance product nor will adopting these policies and procedures ensure coverage under any insurance policy.

WDHHH (04-21)

Issue Date: 07/17/23                    INSURED   1 COPY

CERTIFIED POLICY COPY-ARROWHEAD UNDERWRITING 7.17.2023

# ZURICH AMERICAN INSURANCE COMPANY

## An Important Message Regarding Your Dwelling Limit

Selecting an appropriate amount of coverage for your home and its contents is your responsibility.

The Coverage A Dwelling limit shown is an **estimate** of the cost of rebuilding your home. This **estimate** is based in part, or entirely, on a method that considers material costs and labor rates for like homes in your area. It also includes assumptions about the kinds of materials that exist inside your home.

This estimate reflects the **minimum** cost to replace your home. **The cost to replace your specific home may be significantly higher**, especially if you own an older or larger home and/or have upgraded your home with custom amenities, such as superior grade carpet, hardwood or marble flooring, upgraded kitchen cabinets or appliances, crown molding or other custom features.

If you feel your Dwelling coverage is higher than necessary, contact your producer to discuss your particular home. The State of California prohibits your lender or anyone else from requiring a coverage amount that is higher than the estimated cost to replace your home.

**You will want to be sure you have enough coverage for your home**. Your producer is available to assist you in determining an adequate amount of insurance.

ZAHHO-PHMITV CA (09/18)

Issue Date: 07/17/23                    INSURED   1 COPY

CERTIFIED POLICY COPY-ARROWHEAD UNDERWRITING 7.17.2023

## NOTICE TO CONSUMERS — CALIFORNIA RESIDENTIAL INSURANCE DISCLOSURE

This disclosure is required by Section 10102 of the California Insurance Code. This form provides general information related to residential property insurance and is not part of your residential property insurance policy. Only the specific provisions of your policy will determine whether a particular loss is covered and the amount payable. The information provided does not preempt existing California law.

### PRIMARY FORMS OF RESIDENTIAL DWELLING COVERAGE

> **You have purchased the coverage(s) checked below. NOTE: Actual Cash Value Coverage is the most limited level of coverage listed. Guaranteed Replacement Cost is the broadest level of coverage.**

_____**ACTUAL CASH VALUE COVERAGE** for either a total or partial loss to the structure or its contents pays the amount it would cost to repair, rebuild, or replace the thing lost or injured, less a fair and reasonable deduction for physical depreciation based upon its condition at the time of the injury or the policy limit, whichever is less. A deduction for physical depreciation applies only to components of a structure that are normally subject to repair and replacement during the useful life of that structure..

_____**REPLACEMENT COST COVERAGE** is intended to provide for the cost to repair or replace the damaged or destroyed dwelling, without a deduction for physical depreciation. Many policies pay only the dwelling's actual cash value until the insured has actually begun or completed repairs or reconstruction on the dwelling. Coverage only pays for replacement costs up to the limits specified in your policy.

___X___**EXTENDED REPLACEMENT COST COVERAGE** is intended to provide for the cost to repair or replace the damaged or destroyed dwelling without a deduction for physical depreciation. Many policies pay only the dwelling's actual cash value until the insured has actually begun or completed repairs or reconstruction on the dwelling. Extended Replacement Cost provides additional coverage above the dwelling limits up to a stated percentage or specific dollar amount. See your policy for the additional coverage that applies.

_____**GUARANTEED REPLACEMENT COST COVERAGE** covers the full cost to repair or replace the damaged or destroyed dwelling for a covered peril regardless of the dwelling limits shown on the policy declarations page.

___X___**BUILDING CODE UPGRADE COVERAGE,** also called Ordinance and Law coverage, covers additional costs to repair or replace a dwelling to comply with the building codes and zoning laws in effect at the time of loss or rebuilding. These costs may otherwise be excluded by your policy. Meeting current building code requirements can add significant costs to rebuilding your home. Refer to your policy or endorsement for the specific coverage provided and coverage limits that apply.

**READ YOUR POLICY AND POLICY DECLARATIONS PAGE CAREFULLY:** The policy declarations page shows the specific coverage limits you have purchased for your dwelling, personal property, separate structures such as detached garages, and additional living expenses. The actual policy and endorsements provide details on extensions of coverage, limitations of coverage, and coverage conditions and exclusions. The amount of any claim payment made to you will be reduced by any applicable deductibles shown on your policy declarations page. It is important to take the time to consider whether the limits and limitations of your policy meet your needs. Contact your agent, broker, or insurance company if you have questions about what is covered or if you want to discuss your coverage options.

CERTIFIED POLICY COPY-ARROWHEAD UNDERWRITING 7.17.2023

## INFORMATION YOU SHOULD KNOW ABOUT RESIDENTIAL DWELLING INSURANCE

**AVOID BEING UNDERINSURED:** Insuring your home for less than its replacement cost may result in your having to  pay thousands of dollars out of your own pocket to rebuild your home if it is completely destroyed. Contact your agent,  broker, or insurance company immediately if you believe your policy limits may be inadequate.

**THE RESIDENTIAL DWELLING COVERAGE LIMIT:** The coverage limit on the dwelling structure should be high  enough so you can rebuild your home if it is completely destroyed. Please note:

- The cost to rebuild your home is almost always different from the market value.
- Dwelling coverage limits do not cover the value of your land.
- The estimate to rebuild your home should be based on construction costs in your area and should be adjusted  to account for the features of your home. These features include but are not limited to the square footage, type of foundation, number of stories, and the quality of the materials used for items such as flooring, countertops, windows, cabinetry, lighting and plumbing.
- The cost to rebuild your home should be adjusted each year to account for inflation.
- Coverage limits for contents, separate structures, additional living expenses, and debris removal are usually based on a percentage of the limit for the dwelling. If your dwelling limit is too low, these coverage limits may also be  too low.

You are encouraged to obtain a current estimate of the cost to rebuild your home from your insurance agent, broker, or insurance company or an independent appraisal from a local contractor, architect, or real estate appraiser. If you do obtain an estimate of replacement value, and wish to change your policy limits, contact your insurance company. While not a guarantee, a current estimate can help protect you against being underinsured.

**DEMAND SURGE:** After a widespread disaster, the cost of construction can increase dramatically as a result of the unusually high demand for contractors, building supplies and construction labor. This effect is known as demand surge. Demand surge can increase the cost of rebuilding your home. Consider increasing your coverage limits or purchasing Extended Replacement Cost coverage to prepare for this possibility.

**CHANGES TO PROPERTY:** Changes to your property may increase its replacement cost. These changes may include the building of additions, customizing your kitchen or bathrooms, or otherwise remodeling your home. Failure to advise your insurance company of any significant changes to your property may result in your home being underinsured.

**EXCLUSIONS:** Not all causes of damage are covered by common homeowners or residential fire policies. You need to read your policy to see what causes of loss or perils are not covered. Coverage for landslide is typically  excluded. Some excluded perils such as earthquake or flood can be purchased as an endorsement to your policy or as a separate policy. Contact your agent, broker, or insurance company if you have a concern about any of the exclusions in your policy.

## CONTENTS (PERSONAL PROPERTY) COVERAGE DISCLOSURE:

This disclosure form does not explain the types of contents coverage provided by your policy for items such as your furniture or clothing. Contents may be covered on either an actual cash value or replacement cost basis depending on the contract. Almost all policies include specific dollar limitations on certain property that is particularly valuable such as jewelry, art, or silverware. Contact your agent, broker or insurance company if you have any questions about your contents coverage. You should create a list of all personal property in and around your home. Pictures and video recordings also help you document your property. The list, photos, and video should be stored away from your home.

## FIRE SAFETY DISCOUNTS:

This program offers discounts for the following fire safety features:
- Smoke alarms and fire extinguishers
- Fire alarms that report to a central station
- Fire alarms that report to a fire station
- Automatic sprinklers

Contact your agent if your home is equipped with one or more of these fire safety features

## CONSUMER ASSISTANCE

If you have any concerns or questions, contact your agent, broker, or insurance company. You are also encouraged to contact the California Department of Insurance consumer information line at (800) 927-HELP (4357) or at www.insurance.ca.gov for free insurance assistance.

ZAHHO-CRID CA (01/21)                                                Page 2 of 2

Issue Date: 07/17/23                    INSURED   1 COPY

CERTIFIED POLICY COPY-ARROWHEAD UNDERWRITING 7.17.2023

## CALIFORNIA RESIDENTIAL PROPERTY INSURANCE BILL OF RIGHTS

The largest single investment most consumers make is their home and related property. In order to best protect these assets, it is wise for consumers to understand the homeowner's insurance market. Consumers should consider the following:

- Read your policy carefully and understand the coverage and limits provided. Homeowner's insurance policies contain sublimits for various coverages such as personal property, debris removal, additional living expense, detached fences, garages, etc.
- Keep accurate records of renovations and improvements to the structure of your home, as it could affect your need to increase your coverage.
- Maintaining a list of all personal property, pictures, and video equipment may help in the case of a loss. The list should be stored away from your home.
- Comparison shop for insurance, as not all policies are the same and coverage and prices vary.
- Take time to determine the cost to rebuild or replace your property in today's market. You can seek an independent evaluation of this cost.
- You may select a licensed contractor or vendor to repair, replace, or rebuild damaged property covered by the insurance policy.
- An agent or insurance company may help you establish policy limits that are adequate to rebuild your home.
- Once the policy is in force, contact your agent or insurance company immediately if you believe your policy limits may be inadequate.

A consumer is entitled to receive information regarding homeowner's insurance. The following is a limited overview of information that your insurance company can provide:

- The insurance company's customer service telephone number for underwriting, rating, and claims inquiries.
- A written explanation for any cancellation or nonrenewal of your policy.
- A copy of the insurance policy.
- An explanation of how your policy limits were established.
- In the event of a claim, an itemized, written scope of loss report prepared by the insurer or its adjuster within a reasonable time period.
- In the event of a claim, a copy of the Unfair Practices Act and, if requested, a copy of the Fair Claims Practices Regulations
- In the event of a claim, notification of a consumer's rights with respect to the appraisal process for resolving claims disputes.
- An offer of coverage and premium quote for earthquake coverage, if eligible.

A consumer is also entitled to select a licensed contractor or vendor to repair, replace or rebuild damaged property covered by the insurance policy.

The information provided herein is not all-inclusive and does not negate or preempt existing California law. If you have any concerns or questions, contact your agent, broker, insurance company, or the California Department of Insurance consumer information line at 1-800-927-HELP (4357) or at www.insurance.ca.gov for free insurance assistance.

## CLAIM REPORTING DISCLOSURE NOTICE

This insurer reports claim information to one or more claims information databases. The claim information is used to furnish loss history reports to insurers. If you are interested in obtaining a report from a claims information database, you may do so by contacting: A-PLUS Consumer Center at 800-627-3487 and ChoicePoint at 866-312-8076 (www.choicetrust.com).

ZAHHO-BOR CA (9/18)

Issue Date: 07/17/23                    INSURED   1 COPY

CERTIFIED POLICY COPY-ARROWHEAD UNDERWRITING 7.17.2023

| CALIFORNIA ORDINANCE OR LAW DISCLOSURE NOTICE |
|---|

**NO COVERAGE IS PROVIDED BY THIS NOTICE, NOR CAN THE NOTICE BE CONSTRUED TO REPLACE OR CHANGE ANY PROVISION OF YOUR POLICY. YOU SHOULD READ YOUR POLICY AND REVIEW YOUR DECLARATIONS PAGE FOR COMPLETE INFORMATION ON THE COVERAGES PROVIDED BY YOUR POLICY. IF THERE IS A CONFLICT BETWEEN THE POLICY AND THIS SUMMARY, THE TERMS OF THE POLICY SHALL PREVAIL.**

This policy provides coverage up to _____10____% of the Coverage A limit of liability for loss or damage by a Peril Insured Against to covered property or the building containing the covered property for the increased costs you incur due to the enforcement of any ordinances or laws that regulate the construction, repair or demolition of this property.

This coverage is subject to the following terms, conditions, and restrictions:

We do not cover the loss in value to any covered building or other structure due to the requirements of any ordinance or law or the costs to comply with any ordinance or law which requires you or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, pollutants on any covered building or other structure.

Ordinance or Law does not apply to loss caused by the peril of earthquake. Ordinance or Law does not apply to loss to any undamaged portion of the building or personal property we cover. Ordnance or Law does not apply unless you choose to repair or rebuild your home at its present location, except when a total loss has occurred and you choose to purchase an existing dwelling or other structure at a new premises.

If you have any questions regarding this notice, please contact your agent or us.

ZAHHO-OOL CA (07/21)                                                                                    Page 1 of 1

Issue Date: 07/17/23                          INSURED   1 COPY

ZHO2542250

CERTIFIED POLICY COPY-ARROWHEAD UNDERWRITING 7.17.2023

# ZURICH AMERICAN INSURANCE COMPANY

## IMPORTANT INFORMATION

## CALIFORNIA INSURANCE GUARANTEE ASSOCIATION

Companies writing property and casualty insurance business in California are required to participate in the California Insurance Guarantee Association. If a company becomes insolvent the California Insurance Guarantee Association settles unpaid claims and assesses each insurance company for its fair share. California law requires all companies to surcharge policies to recover these assessments. If your policy is surcharged, "CA Surcharge" with an amount will be displayed on your premium notice.

All other terms, conditions, provisions and exclusions of this policy remain the same.

ZAHHO-10 CA (09/18)                                                                                                   Page 1 of 1

Issue Date: 07/17/23                              INSURED   1 COPY

CERTIFIED POLICY COPY-ARROWHEAD UNDERWRITING 7.17.2023

# IMPORTANT INFORMATION

## Consumer Affairs – California

**Because of the complicated nature of the insurance business, there may be times when you will have questions regarding your coverage or the premium charged, or a problem may arise with your policy. If this occurs we urge you to contact either your agent or broker to answer your question or resolve your problem. However, if you are unable to receive a satisfactory answer or resolution to your problem, please contact us directly.**

**ZURICH AMERICAN INSURANCE COMPANY**
**C/O ARROWHEAD GENERAL INSURANCE AGENCY, INC.**
**PO Box 9061**
**Carlsbad, CA 92018-9061**
**(800) 905-7550**

If after contacting your agent or broker and us, your insurance company, you are still not satisfied, you may contact the following State Agency:

**CALIFORNIA DEPARTMENT OF INSURANCE**
**CONSUMER AFFAIRS UNIT**
**300 South Spring Street**
**Los Angeles, CA 90013**
**Toll Free Number: 1-800-927-HELP (Calif. Only)**
www.insurance.ca.gov/0500-about-us/02-department/01-csmcb/consumer-services.cfm

ZUG 105c (09/18)

Page 1 of 1

Issue Date: 07/17/23                    INSURED   1 COPY

CERTIFIED POLICY COPY-ARROWHEAD UNDERWRITING 7.17.2023

# ZURICH AMERICAN INSURANCE COMPANY

## NOTICE OF EXTENSION OF COMMUNICATION TO THIRD PARTIES

This notice is to inform you of your right to have certain notices and communications sent to a third party of your choice. This person may be designated to receive notices of lapse, termination, expiration, non-renewal, or cancellation that may be sent by us in connection to this policy.

Should you wish to designate a third party to receive the above referenced correspondence, you may continue to receive such correspondence in addition to the third party you specify. To designate a third party to receive the communications as outlined above, or to replace an existing third party, please complete the lower portion of this form and return to the address below, or you may contact your agent for assistance:

Zurich American Insurance Company
P.O. Box 9061
Carlsbad, CA 92018-9061

---

### Request to Designate or Replace a Third Party to Receive a Copy of Policy Termination Notices

Insured's:    Name _____    Policy Number _____

              Address _____    Policy Type  _____

I designate the following person to receive a duplicate copy of any cancellation or non renewal notice that you might send me for the policy number shown above.

Name: _____

Street: _____

City: _____    State: _____    Zip: _____

_____            _____
Signature of Insured                        Date

I accept the designation above. I understand my designation as a third party shall not constitute acceptance of any liability on my part or the insurer for services provided to the insured. If I decide to terminate my designation, I must send written notification to both the insured and the insurer.

_____            _____
Signature of Third Party Designee           Date

---

### Request to Remove a Third Party to Receive a Copy of Policy Termination Notices

Please **remove** the person previously selected to receive a duplicate copy of cancellation or non-renewal notices for the policy number shown above.

_____            _____
Signature of Insured                        Date

CAZSCTPN (09/18)

Issue Date: 07/17/23                    INSURED   1 COPY

CERTIFIED POLICY COPY-ARROWHEAD UNDERWRITING 7.17.2023

# COMMUNITY SERVICE STATEMENT

## ZURICH AMERICAN INSURANCE COMPANY

#_____ZHO2542250_____ Policy Number (for New Business Only)

This information is requested by the State of California in order to monitor the insurer's compliance with the law.  All new policyholders are requested to voluntarily provide the following information.

*No such information shall be used for purposes of underwriting or rating any policyholder.*

Policyholder's Name and Address (to be provided in order to refer back to the policy)
Note: use additional forms if needed.

>DEBRA DE YOUNG
>TIMOTHY S DE YOUNG
>27936 GOLDEN HILL CT
>MENIFEE, CA 92585-3923

### Policy Type

| | |
|---|---|
| Fire Personal _____ | Fire Commercial _____ |
| Homeowners      X | Commercial Multi – Peril _____ |
| Private Passenger Auto – Liability _____ | |

• If policyholder does not wish to provide the Department of Insurance with this information, please check here: _____

Check the Race or National Origin as it applies to the policyholder(s).  For the purpose of completing this form, the policyholder is defined as: an individual, spouse, domestic partner, or business partner(s) named on the policy.

| | POLICYHOLDER | | | | CO-POLICYHOLDER | | | |
|---|---|---|---|---|---|---|---|---|
| | Male | Female | Non-Binary | Business | Male | Female | Non-Binary | Business |
| African American | ____ | ____ | ____ | ____ | ____ | ____ | ____ | ____ |
| American Indian / Alaskan Native | ____ | ____ | ____ | ____ | ____ | ____ | ____ | ____ |
| Asian/Pacific Islander | ____ | ____ | ____ | ____ | ____ | ____ | ____ | ____ |
| Latino | ____ | ____ | ____ | ____ | ____ | ____ | ____ | ____ |
| White | ____ | ____ | ____ | ____ | ____ | ____ | ____ | ____ |
| Other | ____ | ____ | ____ | ____ | ____ | ____ | ____ | ____ |

## Please return completed form to:

Community Service Statements
Arrowhead General Insurance Agency, Inc.
P.O. Box 9061
Carlsbad, CA 92018-9061

Edition: 2019 CSS05

Issue Date: 07/17/23                    INSURED   1 COPY

CERTIFIED POLICY COPY-ARROWHEAD UNDERWRITING 7.17.2023



# Advisory notice to policyholders regarding the U.S. Treasury Department's Office of Foreign Assets Control ("OFAC") regulations

No coverage is provided by this policyholder notice nor can it be construed to replace any provisions of your policy. You should read your policy and review your declarations page for complete information on the coverages you are provided.

This notice provides information concerning possible impact on your insurance coverage due to directives issued by the U.S. Treasury Department's Office of Foreign Assets Control ("OFAC").

**Please read this Notice carefully.**

OFAC administers and enforces sanctions policy based on Presidential declarations of "national emergency". OFAC has identified and listed numerous:

- Foreign agents;
- Front organizations;
- Terrorists;
- Terrorist organizations; and
- Narcotics traffickers;

as "Specially Designated Nationals and Blocked Persons." This list can be located on the United States Treasury's web site – http://www.treasury.gov/about/organizational-structure/offices/Pages/Office-of-Foreign-Assets-Control.aspx.

In accordance with OFAC regulations, if it is determined that you or any other insured, or any person or entity claiming the benefits of this insurance has violated U.S. sanctions law or is a Specially Designated National and Blocked Person, as identified by OFAC, this insurance will be considered a blocked or frozen contract and all provisions of this insurance are immediately subject to OFAC restrictions. When an insurance policy is considered to be such a blocked or frozen contract, no payments or premium refunds may be made without authorization from OFAC. Other limitations on premiums and payments also apply.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

ZHO2542250

CERTIFIED POLICY COPY-ARROWHEAD UNDERWRITING 7.17.2023

# Disclosure Statement



**NOTICE OF DISCLOSURE FOR AGENT & BROKER COMPENSATION**

If you want to learn more about the compensation Zurich pays agents and brokers visit:

http://www.zurichnaproducercompensation.com

or call the following toll-free number:  (866) 903-1192.

This Notice is provided on behalf of Zurich American Insurance Company

and its underwriting subsidiaries.

U-GU-874-A CW  (06/11)
Page 1 of 1

Issue Date: 07/17/23                    INSURED   1 COPY

ZHO2542250
CERTIFIED POLICY COPY-ARROWHEAD UNDERWRITING 7.17.2023

**HOMEOWNERS**
**HO 00 03 05 11**

# HOMEOWNERS 3 – SPECIAL FORM

## AGREEMENT

We will provide the insurance described in this policy in return for the premium and compliance with all applicable provisions of this policy.

## DEFINITIONS

**A.** In this policy, "you" and "your" refer to the "named insured" shown in the Declarations and the spouse if a resident of the same household. "We", "us" and "our" refer to the Company providing this insurance.

**B.** In addition, certain words and phrases are defined as follows:

**1.** "Aircraft Liability", "Hovercraft Liability", "Motor Vehicle Liability" and "Watercraft Liability", subject to the provisions in **b.** below, mean the following:

**a.** Liability for "bodily injury" or "property damage" arising out of the:

**(1)** Ownership of such vehicle or craft by an "insured";

**(2)** Maintenance, occupancy, operation, use, loading or unloading of such vehicle or craft by any person;

**(3)** Entrustment of such vehicle or craft by an "insured" to any person;

**(4)** Failure to supervise or negligent supervision of any person involving such vehicle or craft by an "insured"; or

**(5)** Vicarious liability, whether or not imposed by law, for the actions of a child or minor involving such vehicle or craft.

**b.** For the purpose of this definition:

**(1)** Aircraft means any contrivance used or designed for flight except model or hobby aircraft not used or designed to carry people or cargo;

**(2)** Hovercraft means a self-propelled motorized ground effect vehicle and includes, but is not limited to, flarecraft and air cushion vehicles;

**(3)** Watercraft means a craft principally designed to be propelled on or in water by wind, engine power or electric motor; and

**(4)** Motor vehicle means a "motor vehicle" as defined in **7.** below.

**2.** "Bodily injury" means bodily harm, sickness or disease, including required care, loss of services and death that results.

**3.** "Business" means:

**a.** A trade, profession or occupation engaged in on a full-time, part-time or occasional basis; or

**b.** Any other activity engaged in for money or other compensation, except the following:

**(1)** One or more activities, not described in **(2)** through **(4)** below, for which no "insured" receives more than $2,000 in total compensation for the 12 months before the beginning of the policy period;

**(2)** Volunteer activities for which no money is received other than payment for expenses incurred to perform the activity;

**(3)** Providing home day care services for which no compensation is received, other than the mutual exchange of such services; or

**(4)** The rendering of home day care services to a relative of an "insured".

**4.** "Employee" means an employee of an "insured", or an employee leased to an "insured" by a labor leasing firm under an agreement between an "insured" and the labor leasing firm, whose duties are other than those performed by a "residence employee".

**5.** "Insured" means:

**a.** You and residents of your household who are:

**(1)** Your relatives; or

**(2)** Other persons under the age of 21 and in your care or the care of a resident of your household who is your relative;

**b.** A student enrolled in school full-time, as defined by the school, who was a resident of your household before moving out to attend school, provided the student is under the age of:

**(1)** 24 and your relative; or

© Insurance Services Office, Inc., 2010
INSURED  1 COPY

CERTIFIED POLICY COPY-ARROWHEAD UNDERWRITING 7.17.2023

**(2)** 21 and in your care or the care of a resident of your household who is your relative; or

**c.** Under Section **II:**

**(1)** With respect to animals or watercraft to which this policy applies, any person or organization legally responsible for these animals or watercraft which are owned by you or any person described in **5.a.** or **b.** "Insured" does not mean a person or organization using or having custody of these animals or watercraft in the course of any "business" or without the consent of the owner; or

**(2)** With respect to a "motor vehicle" to which this policy applies:

**(a)** Persons while engaged in your employ or that of any person described in **5.a.** or **b.;** or

**(b)** Other persons using the vehicle on an "insured location" with your consent.

Under both Sections **I** and **II,** when the word an immediately precedes the word "insured", the words an "insured" together mean one or more "insureds".

**6.** "Insured location" means:

**a.** The "residence premises";

**b.** The part of other premises, other structures and grounds used by you as a residence; and

**(1)** Which is shown in the Declarations; or

**(2)** Which is acquired by you during the policy period for your use as a residence;

**c.** Any premises used by you in connection with a premises described in **a.** and **b.** above;

**d.** Any part of a premises:

**(1)** Not owned by an "insured"; and

**(2)** Where an "insured" is temporarily residing;

**e.** Vacant land, other than farm land, owned by or rented to an "insured";

**f.** Land owned by or rented to an "insured" on which a one-, two-, three- or four-family dwelling is being built as a residence for an "insured";

**g.** Individual or family cemetery plots or burial vaults of an "insured"; or

**h.** Any part of a premises occasionally rented to an "insured" for other than "business" use.

**7.** "Motor vehicle" means:

**a.** A self-propelled land or amphibious vehicle; or

**b.** Any trailer or semitrailer which is being carried on, towed by or hitched for towing by a vehicle described in **a.** above.

**8.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions, which results, during the policy period, in:

**a.** "Bodily injury"; or

**b.** "Property damage".

**9.** "Property damage" means physical injury to, destruction of, or loss of use of tangible property.

**10.** "Residence employee" means:

**a.** An employee of an "insured", or an employee leased to an "insured" by a labor leasing firm, under an agreement between an "insured" and the labor leasing firm, whose duties are related to the maintenance or use of the "residence premises", including household or domestic services; or

**b.** One who performs similar duties elsewhere not related to the "business" of an "insured".

A "residence employee" does not include a temporary employee who is furnished to an "insured" to substitute for a permanent "residence employee" on leave or to meet seasonal or short-term workload conditions.

**11.** "Residence premises" means:

**a.** The one-family dwelling where you reside;

**b.** The two-, three- or four-family dwelling where you reside in at least one of the family units; or

**c.** That part of any other building where you reside;

and which is shown as the "residence premises" in the Declarations.

"Residence premises" also includes other structures and grounds at that location.

© Insurance Services Office, Inc., 2010
INSURED   1 COPY

**HO 00 03 05 11**

CERTIFIED POLICY COPY-ARROWHEAD UNDERWRITING 7.17.2023

## SECTION I – PROPERTY COVERAGES

### A. Coverage A – Dwelling

1. We cover:

   a. The dwelling on the "residence premises" shown in the Declarations, including structures attached to the dwelling; and

   b. Materials and supplies located on or next to the "residence premises" used to construct, alter or repair the dwelling or other structures on the "residence premises".

2. We do not cover land, including land on which the dwelling is located.

### B. Coverage B – Other Structures

1. We cover other structures on the "residence premises" set apart from the dwelling by clear space. This includes structures connected to the dwelling by only a fence, utility line, or similar connection.

2. We do not cover:

   a. Land, including land on which the other structures are located;

   b. Other structures rented or held for rental to any person not a tenant of the dwelling, unless used solely as a private garage;

   c. Other structures from which any "business" is conducted; or

   d. Other structures used to store "business" property. However, we do cover a structure that contains "business" property solely owned by an "insured" or a tenant of the dwelling, provided that "business" property does not include gaseous or liquid fuel, other than fuel in a permanently installed fuel tank of a vehicle or craft parked or stored in the structure.

3. The limit of liability for this coverage will not be more than 10% of the limit of liability that applies to Coverage **A.** Use of this coverage does not reduce the Coverage **A** limit of liability.

### C. Coverage C – Personal Property

1. **Covered Property**

   We cover personal property owned or used by an "insured" while it is anywhere in the world. After a loss and at your request, we will cover personal property owned by:

   a. Others while the property is on the part of the "residence premises" occupied by an "insured"; or

   b. A guest or a "residence employee", while the property is in any residence occupied by an "insured".

2. **Limit For Property At Other Locations**

   a. **Other Residences**

      Our limit of liability for personal property usually located at an "insured's" residence, other than the "residence premises", is 10% of the limit of liability for Coverage **C,** or $1,000, whichever is greater. However, this limitation does not apply to personal property:

      (1) Moved from the "residence premises" because it is:

         (a) Being repaired, renovated or rebuilt; and

         (b) Not fit to live in or store property in; or

      (2) In a newly acquired principal residence for 30 days from the time you begin to move the property there.

   b. **Self-storage Facilities**

      Our limit of liability for personal property owned or used by an "insured" and located in a self-storage facility is 10% of the limit of liability for Coverage **C,** or $1,000, whichever is greater. However, this limitation does not apply to personal property:

      (1) Moved from the "residence premises" because it is:

         (a) Being repaired, renovated or rebuilt; and

         (b) Not fit to live in or store property in; or

      (2) Usually located in an "insured's" residence, other than the "residence premises".

CERTIFIED POLICY COPY-ARROWHEAD UNDERWRITING 7.17.2023

**3. Special Limits Of Liability**

The special limit for each category shown below is the total limit for each loss for all property in that category. These special limits do not increase the Coverage **C** limit of liability.

**a.** $200 on money, bank notes, bullion, gold other than goldware, silver other than silverware, platinum other than platinumware, coins, medals, scrip, stored value cards and smart cards.

**b.** $1,500 on securities, accounts, deeds, evidences of debt, letters of credit, notes other than bank notes, manuscripts, personal records, passports, tickets and stamps. This dollar limit applies to these categories regardless of the medium (such as paper or computer software) on which the material exists.

This limit includes the cost to research, replace or restore the information from the lost or damaged material.

**c.** $1,500 on watercraft of all types, including their trailers, furnishings, equipment and outboard engines or motors.

**d.** $1,500 on trailers or semitrailers not used with watercraft of all types.

**e.** $1,500 for loss by theft of jewelry, watches, furs, precious and semiprecious stones.

**f.** $2,500 for loss by theft of firearms and related equipment.

**g.** $2,500 for loss by theft of silverware, silver-plated ware, goldware, gold-plated ware, platinumware, platinum-plated ware and pewterware. This includes flatware, hollowware, tea sets, trays and trophies made of or including silver, gold or pewter.

**h.** $2,500 on property, on the "residence premises", used primarily for "business" purposes.

**i.** $1,500 on property, away from the "residence premises", used primarily for "business" purposes. However, this limit does not apply to antennas, tapes, wires, records, disks or other media that are:

  **(1)** Used with electronic equipment that reproduces, receives or transmits audio, visual or data signals; and

  **(2)** In or upon a "motor vehicle".

**j.** $1,500 on portable electronic equipment that:

  **(1)** Reproduces, receives or transmits audio, visual or data signals;

  **(2)** Is designed to be operated by more than one power source, one of which is a "motor vehicle's" electrical system; and

  **(3)** Is in or upon a "motor vehicle".

**k.** $250 for antennas, tapes, wires, records, disks or other media that are:

  **(1)** Used with electronic equipment that reproduces, receives or transmits audio, visual or data signals; and

  **(2)** In or upon a "motor vehicle".

**4. Property Not Covered**

We do not cover:

**a.** Articles separately described and specifically insured, regardless of the limit for which they are insured, in this or other insurance;

**b.** Animals, birds or fish;

**c.** "Motor vehicles".

This includes a "motor vehicle's" equipment and parts. However, this Paragraph **4.c.** does not apply to:

  **(1)** Portable electronic equipment that:

    **(a)** Reproduces, receives or transmits audio, visual or data signals; and

    **(b)** Is designed so that it may be operated from a power source other than a "motor vehicle's" electrical system.

  **(2)** "Motor vehicles" not required to be registered for use on public roads or property which are:

    **(a)** Used solely to service a residence; or

    **(b)** Designed to assist the handicapped;

**d.** Aircraft, meaning any contrivance used or designed for flight, including any parts whether or not attached to the aircraft.

We do cover model or hobby aircraft not used or designed to carry people or cargo;

**e.** Hovercraft and parts. Hovercraft means a self-propelled motorized ground effect vehicle and includes, but is not limited to, flarecraft and air cushion vehicles;

**f.** Property of roomers, boarders and other tenants, except property of roomers and boarders related to an "insured";

© Insurance Services Office, Inc., 2010

INSURED   1 COPY

**HO 00 03 05 11**

CERTIFIED POLICY COPY-ARROWHEAD UNDERWRITING 7.17.2023

**g.** Property in an apartment regularly rented or held for rental to others by an "insured", except as provided in **E.10.** Landlord's Furnishings under Section **I** – Property Coverages;

**h.** Property rented or held for rental to others off the "residence premises";

**i.** "Business" data, including such data stored in:

  **(1)** Books of account, drawings or other paper records; or

  **(2)** Computers and related equipment.

  We do cover the cost of blank recording or storage media and of prerecorded computer programs available on the retail market;

**j.** Credit cards, electronic fund transfer cards or access devices used solely for deposit, withdrawal or transfer of funds except as provided in **E.6.** Credit Card, Electronic Fund Transfer Card Or Access Device, Forgery And Counterfeit Money under Section **I** – Property Coverages; or

**k.** Water or steam.

## D. Coverage D – Loss Of Use

The limit of liability for Coverage **D** is the total limit for the coverages in **1.** Additional Living Expense, **2.** Fair Rental Value and **3.** Civil Authority Prohibits Use below.

### 1. Additional Living Expense

If a loss covered under Section **I** makes that part of the "residence premises" where you reside not fit to live in, we cover any necessary increase in living expenses incurred by you so that your household can maintain its normal standard of living.

Payment will be for the shortest time required to repair or replace the damage or, if you permanently relocate, the shortest time required for your household to settle elsewhere.

### 2. Fair Rental Value

If a loss covered under Section **I** makes that part of the "residence premises" rented to others or held for rental by you not fit to live in, we cover the fair rental value of such premises less any expenses that do not continue while it is not fit to live in.

Payment will be for the shortest time required to repair or replace such premises.

### 3. Civil Authority Prohibits Use

If a civil authority prohibits you from use of the "residence premises" as a result of direct damage to neighboring premises by a Peril Insured Against, we cover the loss as provided in **1.** Additional Living Expense and **2.** Fair Rental Value above for no more than two weeks.

### 4. Loss Or Expense Not Covered

We do not cover loss or expense due to cancellation of a lease or agreement.

The periods of time under **1.** Additional Living Expense, **2.** Fair Rental Value and **3.** Civil Authority Prohibits Use above are not limited by expiration of this policy.

## E. Additional Coverages

### 1. Debris Removal

**a.** We will pay your reasonable expense for the removal of:

  **(1)** Debris of covered property if a Peril Insured Against that applies to the damaged property causes the loss; or

  **(2)** Ash, dust or particles from a volcanic eruption that has caused direct loss to a building or property contained in a building.

  This expense is included in the limit of liability that applies to the damaged property. If the amount to be paid for the actual damage to the property plus the debris removal expense is more than the limit of liability for the damaged property, an additional 5% of that limit is available for such expense.

**b.** We will also pay your reasonable expense, up to $1,000, for the removal from the "residence premises" of:

  **(1)** Your trees felled by the peril of Windstorm or Hail or Weight of Ice, Snow or Sleet; or

  **(2)** A neighbor's trees felled by a Peril Insured Against under Coverage **C;**

  provided the trees:

  **(3)** Damage a covered structure; or

  **(4)** Do not damage a covered structure, but:

    **(a)** Block a driveway on the "residence premises" which prevents a "motor vehicle", that is registered for use on public roads or property, from entering or leaving the "residence premises"; or

© Insurance Services Office, Inc., 2010
INSURED   1 COPY

CERTIFIED POLICY COPY-ARROWHEAD UNDERWRITING 7.17.2023

    **(b)** Block a ramp or other fixture designed to assist a handicapped person to enter or leave the dwelling building.

The $1,000 limit is the most we will pay in any one loss, regardless of the number of fallen trees. No more than $500 of this limit will be paid for the removal of any one tree.

This coverage is additional insurance.

**2. Reasonable Repairs**

    **a.** We will pay the reasonable cost incurred by you for the necessary measures taken solely to protect covered property that is damaged by a Peril Insured Against from further damage.

    **b.** If the measures taken involve repair to other damaged property, we will only pay if that property is covered under this policy and the damage is caused by a Peril Insured Against. This coverage does not:

        **(1)** Increase the limit of liability that applies to the covered property; or

        **(2)** Relieve you of your duties, in case of a loss to covered property, described in **C.4.** under Section I – Conditions.

**3. Trees, Shrubs And Other Plants**

We cover trees, shrubs, plants or lawns, on the "residence premises", for loss caused by the following Perils Insured Against:

    **a.** Fire or Lightning;

    **b.** Explosion;

    **c.** Riot or Civil Commotion;

    **d.** Aircraft;

    **e.** Vehicles not owned or operated by a resident of the "residence premises";

    **f.** Vandalism or Malicious Mischief; or

    **g.** Theft.

We will pay up to 5% of the limit of liability that applies to the dwelling for all trees, shrubs, plants or lawns. No more than $500 of this limit will be paid for any one tree, shrub or plant. We do not cover property grown for "business" purposes.

This coverage is additional insurance.

**4. Fire Department Service Charge**

We will pay up to $500 for your liability assumed by contract or agreement for fire department charges incurred when the fire department is called to save or protect covered property from a Peril Insured Against. We do not cover fire department service charges if the property is located within the limits of the city, municipality or protection district furnishing the fire department response.

This coverage is additional insurance. No deductible applies to this coverage.

**5. Property Removed**

We insure covered property against direct loss from any cause while being removed from a premises endangered by a Peril Insured Against and for no more than 30 days while removed.

This coverage does not change the limit of liability that applies to the property being removed.

**6. Credit Card, Electronic Fund Transfer Card Or Access Device, Forgery And Counterfeit Money**

    **a.** We will pay up to $500 for:

        **(1)** The legal obligation of an "insured" to pay because of the theft or unauthorized use of credit cards issued to or registered in an "insured's" name;

        **(2)** Loss resulting from theft or unauthorized use of an electronic fund transfer card or access device used for deposit, withdrawal or transfer of funds, issued to or registered in an "insured's" name;

        **(3)** Loss to an "insured" caused by forgery or alteration of any check or negotiable instrument; and

        **(4)** Loss to an "insured" through acceptance in good faith of counterfeit United States or Canadian paper currency.

All loss resulting from a series of acts committed by any one person or in which any one person is concerned or implicated is considered to be one loss.

© Insurance Services Office, Inc., 2010

INSURED   1 COPY

**HO 00 03 05 11**

ZHO2542250

CERTIFIED POLICY COPY-ARROWHEAD UNDERWRITING 7.17.2023

This coverage is additional insurance. No deductible applies to this coverage.

**b.** We do not cover:

**(1)** Use of a credit card, electronic fund transfer card or access device:

**(a)** By a resident of your household;

**(b)** By a person who has been entrusted with either type of card or access device; or

**(c)** If an "insured" has not complied with all terms and conditions under which the cards are issued or the devices accessed; or

**(2)** Loss arising out of "business" use or dishonesty of an "insured".

**c.** If the coverage in **a.** above applies, the following defense provisions also apply:

**(1)** We may investigate and settle any claim or suit that we decide is appropriate. Our duty to defend a claim or suit ends when the amount we pay for the loss equals our limit of liability.

**(2)** If a suit is brought against an "insured" for liability under **a.(1)** or **(2)** above, we will provide a defense at our expense by counsel of our choice.

**(3)** We have the option to defend at our expense an "insured" or an "insured's" bank against any suit for the enforcement of payment under **a.(3)** above.

**7. Loss Assessment**

**a.** We will pay up to $1,000 for your share of loss assessment charged during the policy period against you, as owner or tenant of the "residence premises", by a corporation or association of property owners. The assessment must be made as a result of direct loss to property, owned by all members collectively, of the type that would be covered by this policy if owned by you, caused by a Peril Insured Against under Coverage **A,** other than:

**(1)** Earthquake; or

**(2)** Land shock waves or tremors before, during or after a volcanic eruption.

The limit of $1,000 is the most we will pay with respect to any one loss, regardless of the number of assessments. We will only apply one deductible, per unit, to the total amount of any one loss to the property described above, regardless of the number of assessments.

**b.** We do not cover assessments charged against you or a corporation or association of property owners by any governmental body.

**c.** Paragraph **Q.** Policy Period under Section **I** – Conditions does not apply to this coverage.

This coverage is additional insurance.

**8. Collapse**

**a.** The coverage provided under this Additional Coverage – Collapse applies only to an abrupt collapse.

**b.** For the purpose of this Additional Coverage – Collapse, abrupt collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose.

**c.** This Additional Coverage – Collapse does not apply to:

**(1)** A building or any part of a building that is in danger of falling down or caving in;

**(2)** A part of a building that is standing, even if it has separated from another part of the building; or

**(3)** A building or any part of a building that is standing, even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

**d.** We insure for direct physical loss to covered property involving abrupt collapse of a building or any part of a building if such collapse was caused by one or more of the following:

**(1)** The Perils Insured Against named under Coverage **C;**

**(2)** Decay, of a building or any part of a building, that is hidden from view, unless the presence of such decay is known to an "insured" prior to collapse;

**(3)** Insect or vermin damage, to a building or any part of a building, that is hidden from view, unless the presence of such damage is known to an "insured" prior to collapse;

**(4)** Weight of contents, equipment, animals or people;

**(5)** Weight of rain which collects on a roof; or

**(6)** Use of defective material or methods in construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling or renovation.

**e.** Loss to an awning, fence, patio, deck, pavement, swimming pool, underground pipe, flue, drain, cesspool, septic tank, foundation, retaining wall, bulkhead, pier, wharf or dock is not included under **d.(2)** through **(6)** above, unless the loss is a direct result of the collapse of a building or any part of a building.

**f.** This coverage does not increase the limit of liability that applies to the damaged covered property.

**9. Glass Or Safety Glazing Material**

**a.** We cover:

**(1)** The breakage of glass or safety glazing material which is part of a covered building, storm door or storm window;

**(2)** The breakage of glass or safety glazing material which is part of a covered building, storm door or storm window when caused directly by earth movement; and

**(3)** The direct physical loss to covered property caused solely by the pieces, fragments or splinters of broken glass or safety glazing material which is part of a building, storm door or storm window.

**b.** This coverage does not include loss:

**(1)** To covered property which results because the glass or safety glazing material has been broken, except as provided in **a.(3)** above; or

**(2)** On the "residence premises" if the dwelling has been vacant for more than 60 consecutive days immediately before the loss, except when the breakage results directly from earth movement as provided in **a.(2)** above. A dwelling being constructed is not considered vacant.

**c.** This coverage does not increase the limit of liability that applies to the damaged property.

**10. Landlord's Furnishings**

We will pay up to $2,500 for your appliances, carpeting and other household furnishings, in each apartment on the "residence premises" regularly rented or held for rental to others by an "insured," for loss caused by a Peril Insured Against in Coverage **C**, other than Theft.

This limit is the most we will pay in any one loss regardless of the number of appliances, carpeting or other household furnishings involved in the loss.

This coverage does not increase the limit of liability applying to the damaged property.

**11. Ordinance Or Law**

**a.** You may use up to 10% of the limit of liability that applies to Coverage **A** for the increased costs you incur due to the enforcement of any ordinance or law which requires or regulates:

**(1)** The construction, demolition, remodeling, renovation or repair of that part of a covered building or other structure damaged by a Peril Insured Against;

**(2)** The demolition and reconstruction of the undamaged part of a covered building or other structure, when that building or other structure must be totally demolished because of damage by a Peril Insured Against to another part of that covered building or other structure; or

**(3)** The remodeling, removal or replacement of the portion of the undamaged part of a covered building or other structure necessary to complete the remodeling, repair or replacement of that part of the covered building or other structure damaged by a Peril Insured Against.

**b.** You may use all or part of this ordinance or law coverage to pay for the increased costs you incur to remove debris resulting from the construction, demolition, remodeling, renovation, repair or replacement of property as stated in **a.** above.

**c.** We do not cover:

**(1)** The loss in value to any covered building or other structure due to the requirements of any ordinance or law; or

**(2)** The costs to comply with any ordinance or law which requires any "insured" or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, pollutants in or on any covered building or other structure.

Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

This coverage is additional insurance.

**12. Grave Markers**

We will pay up to $5,000 for grave markers, including mausoleums, on or away from the "residence premises" for loss caused by a Peril Insured Against under Coverage **C.**

This coverage does not increase the limits of liability that apply to the damaged covered property.

## SECTION I – PERILS INSURED AGAINST

**A. Coverage A – Dwelling And Coverage B – Other Structures**

1. We insure against direct physical loss to property described in Coverages **A** and **B.**

2. We do not insure, however, for loss:

   **a.** Excluded under Section I – Exclusions;

   **b.** Involving collapse, including any of the following conditions of property or any part of the property:

      (1) An abrupt falling down or caving in;

      (2) Loss of structural integrity, including separation of parts of the property or property in danger of falling down or caving in; or

      (3) Any cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion as such condition relates to (1) or (2) above;

      except as provided in **E.8.** Collapse under Section I – Property Coverages; or

   **c.** Caused by:

      (1) Freezing of a plumbing, heating, air conditioning or automatic fire protective sprinkler system or of a household appliance, or by discharge, leakage or overflow from within the system or appliance caused by freezing. This provision does not apply if you have used reasonable care to:

         **(a)** Maintain heat in the building; or

         **(b)** Shut off the water supply and drain all systems and appliances of water.

However, if the building is protected by an automatic fire protective sprinkler system, you must use reasonable care to continue the water supply and maintain heat in the building for coverage to apply.

For purposes of this provision, a plumbing system or household appliance does not include a sump, sump pump or related equipment or a roof drain, gutter, downspout or similar fixtures or equipment;

      (2) Freezing, thawing, pressure or weight of water or ice, whether driven by wind or not, to a:

         **(a)** Fence, pavement, patio or swimming pool;

         **(b)** Footing, foundation, bulkhead, wall, or any other structure or device that supports all or part of a building, or other structure;

         **(c)** Retaining wall or bulkhead that does not support all or part of a building or other structure; or

         **(d)** Pier, wharf or dock;

      (3) Theft in or to a dwelling under construction, or of materials and supplies for use in the construction until the dwelling is finished and occupied;

      (4) Vandalism and malicious mischief, and any ensuing loss caused by any intentional and wrongful act committed in the course of the vandalism or malicious mischief, if the dwelling has been vacant for more than 60 consecutive days immediately before the loss. A dwelling being constructed is not considered vacant;

      (5) Mold, fungus or wet rot. However, we do insure for loss caused by mold, fungus or wet rot that is hidden within the walls or ceilings or beneath the floors or above the ceilings of a structure if such loss results from the accidental discharge or overflow of water or steam from within:

         **(a)** A plumbing, heating, air conditioning or automatic fire protective sprinkler system, or a household appliance, on the "residence premises"; or

         **(b)** A storm drain, or water, steam or sewer pipes, off the "residence premises".

CERTIFIED POLICY COPY-ARROWHEAD UNDERWRITING 7.17.2023

For purposes of this provision, a plumbing system or household appliance does not include a sump, sump pump or related equipment or a roof drain, gutter, downspout or similar fixtures or equipment; or

**(6)** Any of the following:

**(a)** Wear and tear, marring, deterioration;

**(b)** Mechanical breakdown, latent defect, inherent vice or any quality in property that causes it to damage or destroy itself;

**(c)** Smog, rust or other corrosion, or dry rot;

**(d)** Smoke from agricultural smudging or industrial operations;

**(e)** Discharge, dispersal, seepage, migration, release or escape of pollutants unless the discharge, dispersal, seepage, migration, release or escape is itself caused by a Peril Insured Against named under Coverage **C**.

Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed;

**(f)** Settling, shrinking, bulging or expansion, including resultant cracking, of bulkheads, pavements, patios, footings, foundations, walls, floors, roofs or ceilings;

**(g)** Birds, rodents or insects;

**(h)** Nesting or infestation, or discharge or release of waste products or secretions, by any animals; or

**(i)** Animals owned or kept by an "insured".

**Exception To c.(6)**

Unless the loss is otherwise excluded, we cover loss to property covered under Coverage **A** or **B** resulting from an accidental discharge or overflow of water or steam from within a:

**(i)** Storm drain, or water, steam or sewer pipe, off the "residence premises"; or

**(ii)** Plumbing, heating, air conditioning or automatic fire protective sprinkler system or household appliance on the "residence premises". This includes the cost to tear out and replace any part of a building, or other structure, on the "residence premises", but only when necessary to repair the system or appliance. However, such tear out and replacement coverage only applies to other structures if the water or steam causes actual damage to a building on the "residence premises".

We do not cover loss to the system or appliance from which this water or steam escaped.

For purposes of this provision, a plumbing system or household appliance does not include a sump, sump pump or related equipment or a roof drain, gutter, downspout or similar fixtures or equipment.

Section **I** – Exclusion **A.3.** Water, Paragraphs **a.** and **c.** that apply to surface water and water below the surface of the ground do not apply to loss by water covered under **c.(5)** and **(6)** above.

Under **2.b.** and **c.** above, any ensuing loss to property described in Coverages **A** and **B** not precluded by any other provision in this policy is covered.

**B. Coverage C – Personal Property**

We insure for direct physical loss to the property described in Coverage **C** caused by any of the following perils unless the loss is excluded in Section **I** – Exclusions.

**1. Fire Or Lightning**

**2. Windstorm Or Hail**

This peril includes loss to watercraft of all types and their trailers, furnishings, equipment, and outboard engines or motors, only while inside a fully enclosed building.

This peril does not include loss to the property contained in a building caused by rain, snow, sleet, sand or dust unless the direct force of wind or hail damages the building causing an opening in a roof or wall and the rain, snow, sleet, sand or dust enters through this opening.

© Insurance Services Office, Inc., 2010
INSURED   1 COPY

HO 00 03 05 11

CERTIFIED POLICY COPY-ARROWHEAD UNDERWRITING 7.17.2023

**3. Explosion**

**4. Riot Or Civil Commotion**

**5. Aircraft**

This peril includes self-propelled missiles and spacecraft.

**6. Vehicles**

**7. Smoke**

This peril means sudden and accidental damage from smoke, including the emission or puffback of smoke, soot, fumes or vapors from a boiler, furnace or related equipment.

This peril does not include loss caused by smoke from agricultural smudging or industrial operations.

**8. Vandalism Or Malicious Mischief**

**9. Theft**

**a.** This peril includes attempted theft and loss of property from a known place when it is likely that the property has been stolen.

**b.** This peril does not include loss caused by theft:

(1) Committed by an "insured";

(2) In or to a dwelling under construction, or of materials and supplies for use in the construction until the dwelling is finished and occupied;

(3) From that part of a "residence premises" rented by an "insured" to someone other than another "insured"; or

(4) That occurs off the "residence premises" of:

(a) Trailers, semitrailers and campers;

(b) Watercraft of all types, and their furnishings, equipment and outboard engines or motors; or

(c) Property while at any other residence owned by, rented to, or occupied by an "insured", except while an "insured" is temporarily living there. Property of an "insured" who is a student is covered while at the residence the student occupies to attend school as long as the student has been there at any time during the 90 days immediately before the loss.

**10. Falling Objects**

This peril does not include loss to property contained in a building unless the roof or an outside wall of the building is first damaged by a falling object. Damage to the falling object itself is not included.

**11. Weight Of Ice, Snow Or Sleet**

This peril means weight of ice, snow or sleet which causes damage to property contained in a building.

**12. Accidental Discharge Or Overflow Of Water Or Steam**

**a.** This peril means accidental discharge or overflow of water or steam from within a plumbing, heating, air conditioning or automatic fire protective sprinkler system or from within a household appliance.

**b.** This peril does not include loss:

(1) To the system or appliance from which the water or steam escaped;

(2) Caused by or resulting from freezing except as provided in Peril Insured Against **14.** Freezing;

(3) On the "residence premises" caused by accidental discharge or overflow which occurs off the "residence premises"; or

(4) Caused by mold, fungus or wet rot unless hidden within the walls or ceilings or beneath the floors or above the ceilings of a structure.

**c.** In this peril, a plumbing system or household appliance does not include a sump, sump pump or related equipment or a roof drain, gutter, downspout or similar fixtures or equipment.

**d.** Section I – Exclusion **A.3.** Water, Paragraphs **a.** and **c.** that apply to surface water and water below the surface of the ground do not apply to loss by water covered under this peril.

**13. Sudden And Accidental Tearing Apart, Cracking, Burning Or Bulging**

This peril means sudden and accidental tearing apart, cracking, burning or bulging of a steam or hot water heating system, an air conditioning or automatic fire protective sprinkler system, or an appliance for heating water.

We do not cover loss caused by or resulting from freezing under this peril.

© Insurance Services Office, Inc., 2010
INSURED   1 COPY

CERTIFIED POLICY COPY-ARROWHEAD UNDERWRITING 7.17.2023

**14. Freezing**

  **a.** This peril means freezing of a plumbing, heating, air conditioning or automatic fire protective sprinkler system or of a household appliance, but only if you have used reasonable care to:

    **(1)** Maintain heat in the building; or

    **(2)** Shut off the water supply and drain all systems and appliances of water.

    However, if the building is protected by an automatic fire protective sprinkler system, you must use reasonable care to continue the water supply and maintain heat in the building for coverage to apply.

  **b.** In this peril, a plumbing system or household appliance does not include a sump, sump pump or related equipment or a roof drain, gutter, downspout or similar fixtures or equipment.

**15. Sudden And Accidental Damage From Artificially Generated Electrical Current**

  This peril does not include loss to tubes, transistors, electronic components or circuitry that is a part of appliances, fixtures, computers, home entertainment units or other types of electronic apparatus.

**16. Volcanic Eruption**

  This peril does not include loss caused by earthquake, land shock waves or tremors.

**SECTION I – EXCLUSIONS**

**A.** We do not insure for loss caused directly or indirectly by any of the following. Such loss is excluded regardless of any other cause or event contributing concurrently or in any sequence to the loss. These exclusions apply whether or not the loss event results in widespread damage or affects a substantial area.

  **1. Ordinance Or Law**

    Ordinance Or Law means any ordinance or law:

    **a.** Requiring or regulating the construction, demolition, remodeling, renovation or repair of property, including removal of any resulting debris. This Exclusion **A.1.a.** does not apply to the amount of coverage that may be provided for in **E.11.** Ordinance Or Law under Section I – Property Coverages;

    **b.** The requirements of which result in a loss in value to property; or

  **c.** Requiring any "insured" or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, pollutants.

    Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

  This Exclusion **A.1.** applies whether or not the property has been physically damaged.

  **2. Earth Movement**

    Earth Movement means:

    **a.** Earthquake, including land shock waves or tremors before, during or after a volcanic eruption;

    **b.** Landslide, mudslide or mudflow;

    **c.** Subsidence or sinkhole; or

    **d.** Any other earth movement including earth sinking, rising or shifting.

    This Exclusion **A.2.** applies regardless of whether any of the above, in **A.2.a.** through **A.2.d.,** is caused by an act of nature or is otherwise caused.

    However, direct loss by fire, explosion or theft resulting from any of the above, in **A.2.a.** through **A.2.d.,** is covered.

  **3. Water**

    This means:

    **a.** Flood, surface water, waves, including tidal wave and tsunami, tides, tidal water, overflow of any body of water, or spray from any of these, all whether or not driven by wind, including storm surge;

    **b.** Water which:

      **(1)** Backs up through sewers or drains; or

      **(2)** Overflows or is otherwise discharged from a sump, sump pump or related equipment;

    **c.** Water below the surface of the ground, including water which exerts pressure on, or seeps, leaks or flows through a building, sidewalk, driveway, patio, foundation, swimming pool or other structure; or

    **d.** Waterborne material carried or otherwise moved by any of the water referred to in **A.3.a.** through **A.3.c.** of this exclusion.

© Insurance Services Office, Inc., 2010
INSURED   1 COPY

ZHO2542250

This Exclusion **A.3.** applies regardless of whether any of the above, in **A.3.a.** through **A.3.d.**, is caused by an act of nature or is otherwise caused.

This Exclusion **A.3.** applies to, but is not limited to, escape, overflow or discharge, for any reason, of water or waterborne material from a dam, levee, seawall or any other boundary or containment system.

However, direct loss by fire, explosion or theft resulting from any of the above, in **A.3.a.** through **A.3.d.**, is covered.

**4. Power Failure**

Power Failure means the failure of power or other utility service if the failure takes place off the "residence premises". But if the failure results in a loss, from a Peril Insured Against on the "residence premises", we will pay for the loss caused by that peril.

**5. Neglect**

Neglect means neglect of an "insured" to use all reasonable means to save and preserve property at and after the time of a loss.

**6. War**

War includes the following and any consequence of any of the following:

**a.** Undeclared war, civil war, insurrection, rebellion or revolution;

**b.** Warlike act by a military force or military personnel; or

**c.** Destruction, seizure or use for a military purpose.

Discharge of a nuclear weapon will be deemed a warlike act even if accidental.

**7. Nuclear Hazard**

This Exclusion **A.7.** pertains to Nuclear Hazard to the extent set forth in **N.** Nuclear Hazard Clause under Section **I** – Conditions.

**8. Intentional Loss**

Intentional Loss means any loss arising out of any act an "insured" commits or conspires to commit with the intent to cause a loss.

In the event of such loss, no "insured" is entitled to coverage, even "insureds" who did not commit or conspire to commit the act causing the loss.

**9. Governmental Action**

Governmental Action means the destruction, confiscation or seizure of property described in Coverage **A**, **B** or **C** by order of any governmental or public authority.

This exclusion does not apply to such acts ordered by any governmental or public authority that are taken at the time of a fire to prevent its spread, if the loss caused by fire would be covered under this policy.

**B.** We do not insure for loss to property described in Coverages **A** and **B** caused by any of the following. However, any ensuing loss to property described in Coverages **A** and **B** not precluded by any other provision in this policy is covered.

**1.** Weather conditions. However, this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in **A.** above to produce the loss.

**2.** Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

**3.** Faulty, inadequate or defective:

**a.** Planning, zoning, development, surveying, siting;

**b.** Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

**c.** Materials used in repair, construction, renovation or remodeling; or

**d.** Maintenance;

of part or all of any property whether on or off the "residence premises".

**SECTION I – CONDITIONS**

**A. Insurable Interest And Limit Of Liability**

Even if more than one person has an insurable interest in the property covered, we will not be liable in any one loss:

**1.** To an "insured" for more than the amount of such "insured's" interest at the time of loss; or

**2.** For more than the applicable limit of liability.

**B. Deductible**

Unless otherwise noted in this policy, the following deductible provision applies:

With respect to any one loss:

**1.** Subject to the applicable limit of liability, we will pay only that part of the total of all loss payable that exceeds the deductible amount shown in the Declarations.

**2.** If two or more deductibles under this policy apply to the loss, only the highest deductible amount will apply.

## C. Duties After Loss

In case of a loss to covered property, we have no duty to provide coverage under this policy if the failure to comply with the following duties is prejudicial to us. These duties must be performed either by you, an "insured" seeking coverage, or a representative of either:

1. Give prompt notice to us or our agent;

2. Notify the police in case of loss by theft;

3. Notify the credit card or electronic fund transfer card or access device company in case of loss as provided for in **E.6.** Credit Card, Electronic Fund Transfer Card Or Access Device, Forgery And Counterfeit Money under Section I – Property Coverages;

4. Protect the property from further damage. If repairs to the property are required, you must:

   a. Make reasonable and necessary repairs to protect the property; and

   b. Keep an accurate record of repair expenses;

5. Cooperate with us in the investigation of a claim;

6. Prepare an inventory of damaged personal property showing the quantity, description, actual cash value and amount of loss. Attach all bills, receipts and related documents that justify the figures in the inventory;

7. As often as we reasonably require:

   a. Show the damaged property;

   b. Provide us with records and documents we request and permit us to make copies; and

   c. Submit to examination under oath, while not in the presence of another "insured", and sign the same;

8. Send to us, within 60 days after our request, your signed, sworn proof of loss which sets forth, to the best of your knowledge and belief:

   a. The time and cause of loss;

   b. The interests of all "insureds" and all others in the property involved and all liens on the property;

   c. Other insurance which may cover the loss;

   d. Changes in title or occupancy of the property during the term of the policy;

   e. Specifications of damaged buildings and detailed repair estimates;

   f. The inventory of damaged personal property described in **6.** above;

   g. Receipts for additional living expenses incurred and records that support the fair rental value loss; and

   h. Evidence or affidavit that supports a claim under **E.6.** Credit Card, Electronic Fund Transfer Card Or Access Device, Forgery And Counterfeit Money under Section I – Property Coverages, stating the amount and cause of loss.

## D. Loss Settlement

In this Condition **D.,** the terms "cost to repair or replace" and "replacement cost" do not include the increased costs incurred to comply with the enforcement of any ordinance or law, except to the extent that coverage for these increased costs is provided in **E.11.** Ordinance Or Law under Section I – Property Coverages. Covered property losses are settled as follows:

1. Property of the following types:

   a. Personal property;

   b. Awnings, carpeting, household appliances, outdoor antennas and outdoor equipment, whether or not attached to buildings;

   c. Structures that are not buildings; and

   d. Grave markers, including mausoleums;

   at actual cash value at the time of loss but not more than the amount required to repair or replace.

2. Buildings covered under Coverage **A** or **B** at replacement cost without deduction for depreciation, subject to the following:

   a. If, at the time of loss, the amount of insurance in this policy on the damaged building is 80% or more of the full replacement cost of the building immediately before the loss, we will pay the cost to repair or replace, without deduction for depreciation, but not more than the least of the following amounts:

      (1) The limit of liability under this policy that applies to the building;

      (2) The replacement cost of that part of the building damaged with material of like kind and quality and for like use; or

      (3) The necessary amount actually spent to repair or replace the damaged building.

   If the building is rebuilt at a new premises, the cost described in **(2)** above is limited to the cost which would have been incurred if the building had been built at the original premises.

© Insurance Services Office, Inc., 2010
INSURED   1 COPY

CERTIFIED POLICY COPY-ARROWHEAD UNDERWRITING 7.17.2023

**b.** If, at the time of loss, the amount of insurance in this policy on the damaged building is less than 80% of the full replacement cost of the building immediately before the loss, we will pay the greater of the following amounts, but not more than the limit of liability under this policy that applies to the building:

   **(1)** The actual cash value of that part of the building damaged; or

   **(2)** That proportion of the cost to repair or replace, without deduction for depreciation, that part of the building damaged, which the total amount of insurance in this policy on the damaged building bears to 80% of the replacement cost of the building.

**c.** To determine the amount of insurance required to equal 80% of the full replacement cost of the building immediately before the loss, do not include the value of:

   **(1)** Excavations, footings, foundations, piers, or any other structures or devices that support all or part of the building, which are below the undersurface of the lowest basement floor;

   **(2)** Those supports described in **(1)** above which are below the surface of the ground inside the foundation walls, if there is no basement; and

   **(3)** Underground flues, pipes, wiring and drains.

**d.** We will pay no more than the actual cash value of the damage until actual repair or replacement is complete. Once actual repair or replacement is complete, we will settle the loss as noted in **2.a.** and **b.** above.

   However, if the cost to repair or replace the damage is both:

   **(1)** Less than 5% of the amount of insurance in this policy on the building; and

   **(2)** Less than $2,500;

   we will settle the loss as noted in **2.a.** and **b.** above whether or not actual repair or replacement is complete.

**e.** You may disregard the replacement cost loss settlement provisions and make claim under this policy for loss to buildings on an actual cash value basis. You may then make claim for any additional liability according to the provisions of this Condition **D.** Loss Settlement, provided you notify us, within 180 days after the date of loss, of your intent to repair or replace the damaged building.

**E. Loss To A Pair Or Set**

In case of loss to a pair or set we may elect to:

**1.** Repair or replace any part to restore the pair or set to its value before the loss; or

**2.** Pay the difference between actual cash value of the property before and after the loss.

**F. Appraisal**

If you and we fail to agree on the amount of loss, either may demand an appraisal of the loss. In this event, each party will choose a competent and impartial appraiser within 20 days after receiving a written request from the other. The two appraisers will choose an umpire. If they cannot agree upon an umpire within 15 days, you or we may request that the choice be made by a judge of a court of record in the state where the "residence premises" is located. The appraisers will separately set the amount of loss. If the appraisers submit a written report of an agreement to us, the amount agreed upon will be the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will set the amount of loss.

Each party will:

**1.** Pay its own appraiser; and

**2.** Bear the other expenses of the appraisal and umpire equally.

**G. Other Insurance And Service Agreement**

If a loss covered by this policy is also covered by:

**1.** Other insurance, we will pay only the proportion of the loss that the limit of liability that applies under this policy bears to the total amount of insurance covering the loss; or

**2.** A service agreement, this insurance is excess over any amounts payable under any such agreement. Service agreement means a service plan, property restoration plan, home warranty or other similar service warranty agreement, even if it is characterized as insurance.

© Insurance Services Office, Inc., 2010

INSURED   1 COPY

CERTIFIED POLICY COPY-ARROWHEAD UNDERWRITING 7.17.2023

### H. Suit Against Us

No action can be brought against us unless there has been full compliance with all of the terms under Section **I** of this policy and the action is started within two years after the date of loss.

### I. Our Option

If we give you written notice within 30 days after we receive your signed, sworn proof of loss, we may repair or replace any part of the damaged property with material or property of like kind and quality.

### J. Loss Payment

We will adjust all losses with you. We will pay you unless some other person is named in the policy or is legally entitled to receive payment. Loss will be payable 60 days after we receive your proof of loss and:

1. Reach an agreement with you;
2. There is an entry of a final judgment; or
3. There is a filing of an appraisal award with us.

### K. Abandonment Of Property

We need not accept any property abandoned by an "insured".

### L. Mortgage Clause

1. If a mortgagee is named in this policy, any loss payable under Coverage **A** or **B** will be paid to the mortgagee and you, as interests appear. If more than one mortgagee is named, the order of payment will be the same as the order of precedence of the mortgages.
2. If we deny your claim, that denial will not apply to a valid claim of the mortgagee, if the mortgagee:
   a. Notifies us of any change in ownership, occupancy or substantial change in risk of which the mortgagee is aware;
   b. Pays any premium due under this policy on demand if you have neglected to pay the premium; and
   c. Submits a signed, sworn statement of loss within 60 days after receiving notice from us of your failure to do so. Paragraphs **F.** Appraisal, **H.** Suit Against Us and **J.** Loss Payment under Section **I** – Conditions also apply to the mortgagee.
3. If we decide to cancel or not to renew this policy, the mortgagee will be notified at least 10 days before the date cancellation or nonrenewal takes effect.

4. If we pay the mortgagee for any loss and deny payment to you:
   a. We are subrogated to all the rights of the mortgagee granted under the mortgage on the property; or
   b. At our option, we may pay to the mortgagee the whole principal on the mortgage plus any accrued interest. In this event, we will receive a full assignment and transfer of the mortgage and all securities held as collateral to the mortgage debt.
5. Subrogation will not impair the right of the mortgagee to recover the full amount of the mortgagee's claim.

### M. No Benefit To Bailee

We will not recognize any assignment or grant any coverage that benefits a person or organization holding, storing or moving property for a fee regardless of any other provision of this policy.

### N. Nuclear Hazard Clause

1. "Nuclear Hazard" means any nuclear reaction, radiation, or radioactive contamination, all whether controlled or uncontrolled or however caused, or any consequence of any of these.
2. Loss caused by the nuclear hazard will not be considered loss caused by fire, explosion, or smoke, whether these perils are specifically named in or otherwise included within the Perils Insured Against.
3. This policy does not apply under Section **I** to loss caused directly or indirectly by nuclear hazard, except that direct loss by fire resulting from the nuclear hazard is covered.

### O. Recovered Property

If you or we recover any property for which we have made payment under this policy, you or we will notify the other of the recovery. At your option, the property will be returned to or retained by you or it will become our property. If the recovered property is returned to or retained by you, the loss payment will be adjusted based on the amount you received for the recovered property.

### P. Volcanic Eruption Period

One or more volcanic eruptions that occur within a 72-hour period will be considered as one volcanic eruption.

### Q. Policy Period

This policy applies only to loss which occurs during the policy period.

© Insurance Services Office, Inc., 2010

INSURED    1 COPY

**HO 00 03 05 11**

CERTIFIED POLICY COPY-ARROWHEAD UNDERWRITING 7.17.2023

## R. Concealment Or Fraud

We provide coverage to no "insureds" under this policy if, whether before or after a loss, an "insured" has:

1. Intentionally concealed or misrepresented any material fact or circumstance;
2. Engaged in fraudulent conduct; or
3. Made false statements;

relating to this insurance.

## S. Loss Payable Clause

If the Declarations shows a loss payee for certain listed insured personal property, the definition of "insured" is changed to include that loss payee with respect to that property.

If we decide to cancel or not renew this policy, that loss payee will be notified in writing.

## SECTION II – LIABILITY COVERAGES

## A. Coverage E – Personal Liability

If a claim is made or a suit is brought against an "insured" for damages because of "bodily injury" or "property damage" caused by an "occurrence" to which this coverage applies, we will:

1. Pay up to our limit of liability for the damages for which an "insured" is legally liable. Damages include prejudgment interest awarded against an "insured"; and
2. Provide a defense at our expense by counsel of our choice, even if the suit is groundless, false or fraudulent. We may investigate and settle any claim or suit that we decide is appropriate. Our duty to settle or defend ends when our limit of liability for the "occurrence" has been exhausted by payment of a judgment or settlement.

## B. Coverage F – Medical Payments To Others

We will pay the necessary medical expenses that are incurred or medically ascertained within three years from the date of an accident causing "bodily injury". Medical expenses means reasonable charges for medical, surgical, x-ray, dental, ambulance, hospital, professional nursing, prosthetic devices and funeral services. This coverage does not apply to you or regular residents of your household except "residence employees". As to others, this coverage applies only:

1. To a person on the "insured location" with the permission of an "insured"; or

2. To a person off the "insured location", if the "bodily injury":
   a. Arises out of a condition on the "insured location" or the ways immediately adjoining;
   b. Is caused by the activities of an "insured";
   c. Is caused by a "residence employee" in the course of the "residence employee's" employment by an "insured"; or
   d. Is caused by an animal owned by or in the care of an "insured".

## SECTION II – EXCLUSIONS

## A. "Motor Vehicle Liability"

1. Coverages E and F do not apply to any "motor vehicle liability" if, at the time and place of an "occurrence", the involved "motor vehicle":
   a. Is registered for use on public roads or property;
   b. Is not registered for use on public roads or property, but such registration is required by a law, or regulation issued by a government agency, for it to be used at the place of the "occurrence"; or
   c. Is being:
      (1) Operated in, or practicing for, any prearranged or organized race, speed contest or other competition;
      (2) Rented to others;
      (3) Used to carry persons or cargo for a charge; or
      (4) Used for any "business" purpose except for a motorized golf cart while on a golfing facility.

2. If Exclusion A.1. does not apply, there is still no coverage for "motor vehicle liability", unless the "motor vehicle" is:
   a. In dead storage on an "insured location";
   b. Used solely to service a residence;
   c. Designed to assist the handicapped and, at the time of an "occurrence", it is:
      (1) Being used to assist a handicapped person; or
      (2) Parked on an "insured location";
   d. Designed for recreational use off public roads and:
      (1) Not owned by an "insured"; or

**(2)** Owned by an "insured" provided the "occurrence" takes place:

  **(a)** On an "insured location" as defined in Definition **B.6.a., b., d., e.** or **h.;** or

  **(b)** Off an "insured location" and the "motor vehicle" is:

    **(i)** Designed as a toy vehicle for use by children under seven years of age;

    **(ii)** Powered by one or more batteries; and

    **(iii)** Not built or modified after manufacture to exceed a speed of five miles per hour on level ground;

**e.** A motorized golf cart that is owned by an "insured", designed to carry up to four persons, not built or modified after manufacture to exceed a speed of 25 miles per hour on level ground and, at the time of an "occurrence", is within the legal boundaries of:

  **(1)** A golfing facility and is parked or stored there, or being used by an "insured" to:

    **(a)** Play the game of golf or for other recreational or leisure activity allowed by the facility;

    **(b)** Travel to or from an area where "motor vehicles" or golf carts are parked or stored; or

    **(c)** Cross public roads at designated points to access other parts of the golfing facility; or

  **(2)** A private residential community, including its public roads upon which a motorized golf cart can legally travel, which is subject to the authority of a property owners association and contains an "insured's's" residence.

**B. "Watercraft Liability"**

**1.** Coverages **E** and **F** do not apply to any "watercraft liability" if, at the time of an "occurrence", the involved watercraft is being:

**a.** Operated in, or practicing for, any prearranged or organized race, speed contest or other competition. This exclusion does not apply to a sailing vessel or a predicted log cruise;

**b.** Rented to others;

**c.** Used to carry persons or cargo for a charge; or

**d.** Used for any "business" purpose.

**2.** If Exclusion **B.1.** does not apply, there is still no coverage for "watercraft liability" unless, at the time of the "occurrence", the watercraft:

**a.** Is stored;

**b.** Is a sailing vessel, with or without auxiliary power, that is:

  **(1)** Less than 26 feet in overall length; or

  **(2)** 26 feet or more in overall length and not owned by or rented to an "insured"; or

**c.** Is not a sailing vessel and is powered by:

  **(1)** An inboard or inboard-outdrive engine or motor, including those that power a water jet pump, of:

    **(a)** 50 horsepower or less and not owned by an "insured"; or

    **(b)** More than 50 horsepower and not owned by or rented to an "insured"; or

  **(2)** One or more outboard engines or motors with:

    **(a)** 25 total horsepower or less;

    **(b)** More than 25 horsepower if the outboard engine or motor is not owned by an "insured";

    **(c)** More than 25 horsepower if the outboard engine or motor is owned by an "insured" who acquired it during the policy period; or

    **(d)** More than 25 horsepower if the outboard engine or motor is owned by an "insured" who acquired it before the policy period, but only if:

      **(i)** You declare them at policy inception; or

      **(ii)** Your intent to insure them is reported to us in writing within 45 days after you acquire them.

The coverages in **(c)** and **(d)** above apply for the policy period.

Horsepower means the maximum power rating assigned to the engine or motor by the manufacturer.

**C. "Aircraft Liability"**

This policy does not cover "aircraft liability".

**D. "Hovercraft Liability"**

This policy does not cover "hovercraft liability".

© Insurance Services Office, Inc., 2010
INSURED    1 COPY

CERTIFIED POLICY COPY-ARROWHEAD UNDERWRITING 7.17.2023

**E. Coverage E – Personal Liability And Coverage F – Medical Payments To Others**

Coverages **E** and **F** do not apply to the following:

**1. Expected Or Intended Injury**

"Bodily injury" or "property damage" which is expected or intended by an "insured", even if the resulting "bodily injury" or "property damage":

**a.** Is of a different kind, quality or degree than initially expected or intended; or

**b.** Is sustained by a different person, entity or property than initially expected or intended.

However, this Exclusion **E.1.** does not apply to "bodily injury" or "property damage" resulting from the use of reasonable force by an "insured" to protect persons or property;

**2. "Business"**

**a.** "Bodily injury" or "property damage" arising out of or in connection with a "business" conducted from an "insured location" or engaged in by an "insured", whether or not the "business" is owned or operated by an "insured" or employs an "insured".

This Exclusion **E.2.** applies but is not limited to an act or omission, regardless of its nature or circumstance, involving a service or duty rendered, promised, owed, or implied to be provided because of the nature of the "business".

**b.** This Exclusion **E.2.** does not apply to:

**(1)** The rental or holding for rental of an "insured location";

**(a)** On an occasional basis if used only as a residence;

**(b)** In part for use only as a residence, unless a single-family unit is intended for use by the occupying family to lodge more than two roomers or boarders; or

**(c)** In part, as an office, school, studio or private garage; and

**(2)** An "insured" under the age of 21 years involved in a part-time or occasional, self-employed "business" with no employees;

**3. Professional Services**

"Bodily injury" or "property damage" arising out of the rendering of or failure to render professional services;

**4. "Insured's" Premises Not An "Insured Location"**

"Bodily injury" or "property damage" arising out of a premises:

**a.** Owned by an "insured";

**b.** Rented to an "insured"; or

**c.** Rented to others by an "insured";

that is not an "insured location";

**5. War**

"Bodily injury" or "property damage" caused directly or indirectly by war, including the following and any consequence of any of the following:

**a.** Undeclared war, civil war, insurrection, rebellion or revolution;

**b.** Warlike act by a military force or military personnel; or

**c.** Destruction, seizure or use for a military purpose.

Discharge of a nuclear weapon will be deemed a warlike act even if accidental;

**6. Communicable Disease**

"Bodily injury" or "property damage" which arises out of the transmission of a communicable disease by an "insured";

**7. Sexual Molestation, Corporal Punishment Or Physical Or Mental Abuse**

"Bodily injury" or "property damage" arising out of sexual molestation, corporal punishment or physical or mental abuse; or

**8. Controlled Substance**

"Bodily injury" or "property damage" arising out of the use, sale, manufacture, delivery, transfer or possession by any person of a Controlled Substance as defined by the Federal Food and Drug Law at 21 U.S.C.A. Sections 811 and 812. Controlled Substances include but are not limited to cocaine, LSD, marijuana and all narcotic drugs. However, this exclusion does not apply to the legitimate use of prescription drugs by a person following the lawful orders of a licensed health care professional.

Exclusions **A.** "Motor Vehicle Liability", **B.** "Watercraft Liability", **C.** "Aircraft Liability", **D.** "Hovercraft Liability" and **E.4.** "Insured's" Premises Not An "Insured Location" do not apply to "bodily injury" to a "residence employee" arising out of and in the course of the "residence employee's" employment by an "insured".

CERTIFIED POLICY COPY-ARROWHEAD UNDERWRITING 7.17.2023

**F. Coverage E – Personal Liability**

Coverage **E** does not apply to:

1. Liability:

   a. For any loss assessment charged against you as a member of an association, corporation or community of property owners, except as provided in **D.** Loss Assessment under Section **II – Additional Coverages;**

   b. Under any contract or agreement entered into by an "insured". However, this exclusion does not apply to written contracts:

      (1) That directly relate to the ownership, maintenance or use of an "insured location"; or

      (2) Where the liability of others is assumed by you prior to an "occurrence";

      unless excluded in **a.** above or elsewhere in this policy;

2. "Property damage" to property owned by an "insured". This includes costs or expenses incurred by an "insured" or others to repair, replace, enhance, restore or maintain such property to prevent injury to a person or damage to property of others, whether on or away from an "insured location";

3. "Property damage" to property rented to, occupied or used by or in the care of an "insured". This exclusion does not apply to "property damage" caused by fire, smoke or explosion;

4. "Bodily injury" to any person eligible to receive any benefits voluntarily provided or required to be provided by an "insured" under any:

   a. Workers' compensation law;

   b. Non-occupational disability law; or

   c. Occupational disease law;

5. "Bodily injury" or "property damage" for which an "insured" under this policy:

   a. Is also an insured under a nuclear energy liability policy issued by the:

      (1) Nuclear Energy Liability Insurance Association;

      (2) Mutual Atomic Energy Liability Underwriters;

      (3) Nuclear Insurance Association of Canada;

      or any of their successors; or

   b. Would be an insured under such a policy but for the exhaustion of its limit of liability; or

6. "Bodily injury" to you or an "insured" as defined under Definition **5.a.** or **b.**

   This exclusion also applies to any claim made or suit brought against you or an "insured" to:

   a. Repay; or

   b. Share damages with;

   another person who may be obligated to pay damages because of "bodily injury" to an "insured".

**G. Coverage F – Medical Payments To Others**

Coverage **F** does not apply to "bodily injury":

1. To a "residence employee" if the "bodily injury":

   a. Occurs off the "insured location"; and

   b. Does not arise out of or in the course of the "residence employee's" employment by an "insured";

2. To any person eligible to receive benefits voluntarily provided or required to be provided under any:

   a. Workers' compensation law;

   b. Non-occupational disability law; or

   c. Occupational disease law;

3. From any:

   a. Nuclear reaction;

   b. Nuclear radiation; or

   c. Radioactive contamination;

   all whether controlled or uncontrolled or however caused; or

   d. Any consequence of any of these; or

4. To any person, other than a "residence employee" of an "insured", regularly residing on any part of the "insured location".

**SECTION II – ADDITIONAL COVERAGES**

We cover the following in addition to the limits of liability:

**A. Claim Expenses**

We pay:

1. Expenses we incur and costs taxed against an "insured" in any suit we defend;

2. Premiums on bonds required in a suit we defend, but not for bond amounts more than the Coverage **E** limit of liability. We need not apply for or furnish any bond;

© Insurance Services Office, Inc., 2010

INSURED  1 COPY

HO 00 03 05 11

CERTIFIED POLICY COPY-ARROWHEAD UNDERWRITING 7.17.2023

3. Reasonable expenses incurred by an "insured" at our request, including actual loss of earnings (but not loss of other income) up to $250 per day, for assisting us in the investigation or defense of a claim or suit; and

4. Interest on the entire judgment which accrues after entry of the judgment and before we pay or tender, or deposit in court that part of the judgment which does not exceed the limit of liability that applies.

## B. First Aid Expenses

We will pay expenses for first aid to others incurred by an "insured" for "bodily injury" covered under this policy. We will not pay for first aid to an "insured".

## C. Damage To Property Of Others

1. We will pay, at replacement cost, up to $1,000 per "occurrence" for "property damage" to property of others caused by an "insured".

2. We will not pay for "property damage":

   **a.** To the extent of any amount recoverable under Section I;

   **b.** Caused intentionally by an "insured" who is 13 years of age or older;

   **c.** To property owned by an "insured";

   **d.** To property owned by or rented to a tenant of an "insured" or a resident in your household; or

   **e.** Arising out of:

      **(1)** A "business" engaged in by an "insured";

      **(2)** Any act or omission in connection with a premises owned, rented or controlled by an "insured", other than the "insured location"; or

      **(3)** The ownership, maintenance, occupancy, operation, use, loading or unloading of aircraft, hovercraft, watercraft or "motor vehicles".

      This Exclusion e.(3) does not apply to a "motor vehicle" that:

      **(a)** Is designed for recreational use off public roads;

      **(b)** Is not owned by an "insured"; and

      **(c)** At the time of the "occurrence", is not required by law, or regulation issued by a government agency, to have been registered for it to be used on public roads or property.

## D. Loss Assessment

1. We will pay up to $1,000 for your share of loss assessment charged against you, as owner or tenant of the "residence premises", during the policy period by a corporation or association of property owners, when the assessment is made as a result of:

   **a.** "Bodily injury" or "property damage" not excluded from coverage under Section II – Exclusions; or

   **b.** Liability for an act of a director, officer or trustee in the capacity as a director, officer or trustee, provided such person:

      **(1)** Is elected by the members of a corporation or association of property owners; and

      **(2)** Serves without deriving any income from the exercise of duties which are solely on behalf of a corporation or association of property owners.

2. Paragraph I. Policy Period under Section II – Conditions does not apply to this Loss Assessment Coverage.

3. Regardless of the number of assessments, the limit of $1,000 is the most we will pay for loss arising out of:

   **a.** One accident, including continuous or repeated exposure to substantially the same general harmful condition; or

   **b.** A covered act of a director, officer or trustee. An act involving more than one director, officer or trustee is considered to be a single act.

4. We do not cover assessments charged against you or a corporation or association of property owners by any governmental body.

## SECTION II – CONDITIONS

## A. Limit Of Liability

Our total liability under Coverage E for all damages resulting from any one "occurrence" will not be more than the Coverage E Limit Of Liability shown in the Declarations. This limit is the same regardless of the number of "insureds", claims made or persons injured. All "bodily injury" and "property damage" resulting from any one accident or from continuous or repeated exposure to substantially the same general harmful conditions shall be considered to be the result of one "occurrence".

CERTIFIED POLICY COPY-ARROWHEAD UNDERWRITING 7.17.2023

Our total liability under Coverage **F** for all medical expense payable for "bodily injury" to one person as the result of one accident will not be more than the Coverage **F** Limit Of Liability shown in the Declarations.

**B. Severability Of Insurance**

This insurance applies separately to each "insured". This condition will not increase our limit of liability for any one "occurrence".

**C. Duties After "Occurrence"**

In case of an "occurrence", you or another "insured" will perform the following duties that apply. We have no duty to provide coverage under this policy if your failure to comply with the following duties is prejudicial to us. You will help us by seeing that these duties are performed:

1. Give written notice to us or our agent as soon as is practical, which sets forth:

   a. The identity of the policy and the "named insured" shown in the Declarations;

   b. Reasonably available information on the time, place and circumstances of the "occurrence"; and

   c. Names and addresses of any claimants and witnesses;

2. Cooperate with us in the investigation, settlement or defense of any claim or suit;

3. Promptly forward to us every notice, demand, summons or other process relating to the "occurrence";

4. At our request, help us:

   a. To make settlement;

   b. To enforce any right of contribution or indemnity against any person or organization who may be liable to an "insured";

   c. With the conduct of suits and attend hearings and trials; and

   d. To secure and give evidence and obtain the attendance of witnesses;

5. With respect to **C. Damage To Property Of Others** under Section **II** — Additional Coverages, submit to us within 60 days after the loss a sworn statement of loss and show the damaged property, if in an "insured's" control;

6. No "insured" shall, except at such "insured's" own cost, voluntarily make payment, assume obligation or incur expense other than for first aid to others at the time of the "bodily injury".

**D. Duties Of An Injured Person — Coverage F — Medical Payments To Others**

1. The injured person or someone acting for the injured person will:

   a. Give us written proof of claim, under oath if required, as soon as is practical; and

   b. Authorize us to obtain copies of medical reports and records.

2. The injured person will submit to a physical exam by a doctor of our choice when and as often as we reasonably require.

**E. Payment Of Claim — Coverage F — Medical Payments To Others**

Payment under this coverage is not an admission of liability by an "insured" or us.

**F. Suit Against Us**

1. No action can be brought against us unless there has been full compliance with all of the terms under this Section **II**.

2. No one will have the right to join us as a party to any action against an "insured".

3. Also, no action with respect to Coverage **E** can be brought against us until the obligation of such "insured" has been determined by final judgment or agreement signed by us.

**G. Bankruptcy Of An "Insured"**

Bankruptcy or insolvency of an "insured" will not relieve us of our obligations under this policy.

**H. Other Insurance**

This insurance is excess over other valid and collectible insurance except insurance written specifically to cover as excess over the limits of liability that apply in this policy.

**I. Policy Period**

This policy applies only to "bodily injury" or "property damage" which occurs during the policy period.

**J. Concealment Or Fraud**

We do not provide coverage to an "insured" who, whether before or after a loss, has:

1. Intentionally concealed or misrepresented any material fact or circumstance;

2. Engaged in fraudulent conduct; or

3. Made false statements;

relating to this insurance.

© Insurance Services Office, Inc., 2010
INSURED   1 COPY

CERTIFIED POLICY COPY-ARROWHEAD UNDERWRITING 7.17.2023

## SECTIONS I AND II – CONDITIONS

### A. Liberalization Clause

If we make a change which broadens coverage under this edition of our policy without additional premium charge, that change will automatically apply to your insurance as of the date we implement the change in your state, provided that this implementation date falls within 60 days prior to or during the policy period stated in the Declarations.

This Liberalization Clause does not apply to changes implemented with a general program revision that includes both broadenings and restrictions in coverage, whether that general program revision is implemented through introduction of:

1. A subsequent edition of this policy; or

2. An amendatory endorsement.

### B. Waiver Or Change Of Policy Provisions

A waiver or change of a provision of this policy must be in writing by us to be valid. Our request for an appraisal or examination will not waive any of our rights.

### C. Cancellation

1. You may cancel this policy at any time by returning it to us or by letting us know in writing of the date cancellation is to take effect.

2. We may cancel this policy only for the reasons stated below by letting you know in writing of the date cancellation takes effect. This cancellation notice may be delivered to you, or mailed to you at your mailing address shown in the Declarations. Proof of mailing will be sufficient proof of notice.

   a. When you have not paid the premium, we may cancel at any time by letting you know at least 10 days before the date cancellation takes effect.

   b. When this policy has been in effect for less than 60 days and is not a renewal with us, we may cancel for any reason by letting you know at least 10 days before the date cancellation takes effect.

   c. When this policy has been in effect for 60 days or more, or at any time if it is a renewal with us, we may cancel:

      (1) If there has been a material misrepresentation of fact which if known to us would have caused us not to issue the policy; or

      (2) If the risk has changed substantially since the policy was issued.

         This can be done by letting you know at least 30 days before the date cancellation takes effect.

   d. When this policy is written for a period of more than one year, we may cancel for any reason at anniversary by letting you know at least 30 days before the date cancellation takes effect.

3. When this policy is canceled, the premium for the period from the date of cancellation to the expiration date will be refunded pro rata.

4. If the return premium is not refunded with the notice of cancellation or when this policy is returned to us, we will refund it within a reasonable time after the date cancellation takes effect.

### D. Nonrenewal

We may elect not to renew this policy. We may do so by delivering to you, or mailing to you at your mailing address shown in the Declarations, written notice at least 30 days before the expiration date of this policy. Proof of mailing will be sufficient proof of notice.

### E. Assignment

Assignment of this policy will not be valid unless we give our written consent.

### F. Subrogation

An "insured" may waive in writing before a loss all rights of recovery against any person. If not waived, we may require an assignment of rights of recovery for a loss to the extent that payment is made by us.

If an assignment is sought, an "insured" must sign and deliver all related papers and cooperate with us.

Subrogation does not apply to Coverage **F** or Paragraph **C.** Damage To Property Of Others under Section **II** – Additional Coverages.

### G. Death

If any person named in the Declarations or the spouse, if a resident of the same household, dies, the following apply:

1. We insure the legal representative of the deceased but only with respect to the premises and property of the deceased covered under the policy at the time of death; and

ZHO2542250

CERTIFIED POLICY COPY-ARROWHEAD UNDERWRITING 7.17.2023

**2.** "Insured" includes:

    **a.** An "insured" who is a member of your household at the time of your death, but only while a resident of the "residence premises"; and

**b.** With respect to your property, the person having proper temporary custody of the property until appointment and qualification of a legal representative.

CERTIFIED POLICY COPY-ARROWHEAD UNDERWRITING 7.17.2023

# ZURICH AMERICAN INSURANCE COMPANY

## SPECIAL PROVISIONS – CALIFORNIA

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY**

**NOTICE**

Throughout this policy, the term spouse includes an individual registered under California Law as a domestic partner with the "named insured" shown in the Declarations.

**A.** The following paragraph is added to **A. Coverage A – Dwelling** under **SECTION I – PROPERTY COVERAGES**:

If a state of emergency under California Law is declared, you may combine the policy limits for Coverage **A** and Coverage **B**, for any of the covered expenses reasonably necessary to rebuild or replace the damaged or destroyed dwelling, if the Coverage **A** policy limits to rebuild or replace the dwelling are insufficient. This provision does not increase the limit of liability that applies to Coverage **B**. Claims payments for other structures in excess of the amount applied towards the necessary cost to rebuild or replace the damaged or destroyed dwelling shall be according to the terms of the Policy.

**B.** The following paragraph is added to **C. Coverage C – Personal Property** under **SECTION I – PROPERTY COVERAGES:**

If there is a total loss to the "residence premises" related to a state of emergency declared under California Law, we will pay no less than 30% of the Coverage **C** limit, up to a maximum of $250,000 without requiring you to file an itemized claim.

**C.** The following Special Limits of Liability are added to **C. Coverage C – Personal Property, 3. Special Limits Of Liability** under **SECTION I – PROPERTY COVERAGES:**

$10,000 for loss by theft of any rug, carpet (except wall-to-wall carpet), tapestry, wall-hanging or other similar article; but not exceeding $5,000 for any one article.

$2,500 for loss by theft of tools.

**D.** The following is added to paragraph **1. Additional Living Expense** of D. Coverage D – Loss of Use under **SECTION I – PROPERTY COVERAGES**:

However, if a state of emergency under California Law is declared, payment will be for a period of no less than:

**a.** The shortest time required to repair or replace the damage or, if you permanently relocate, the shortest time required for your household to settle elsewhere; or

**b.** 24 months from the date of loss;

Whichever is shorter.

If you, acting in good faith and with reasonable diligence, encounter a delay or delays in approval for, or reconstruction of, the home or residence that are beyond your control, we shall provide an additional extension of 12 months. Circumstances beyond your control include, but are not limited to:

**a.** Unavoidable construction permit delays;

**b.** The lack of necessary construction materials; or

**c.** The unavailability of contractors to perform the necessary work.

We shall provide one or more additional extensions of six months for good cause.

If there is a total loss to the "residence premises" related to a state of emergency declared under California Law, we shall, upon your request, render an advance payment of no less than four months of living expenses. Additional payment for living expenses shall be paid according to the terms of this policy.

Issue Date: 07/17/23         INSURED   1 COPY

ZHO2542250

CERTIFIED POLICY COPY-ARROWHEAD UNDERWRITING 7.17.2023

**E.** Paragraph **2. Fair Rental Value** of **D. Coverage D – Loss Of Use** under **SECTION I – PROPERTY COVERAGES** is deleted.

**F.** The following is added to paragraph **3. Civil Authority Prohibits Use** of **D. Coverage D – Loss of Use** under **SECTION I – PROPERTY COVERAGES**:

> If a state of emergency under California Law is declared and accompanied by an order from a civil authority that prohibits you from use of the "residence premises" related to a Peril Insured Against, we cover the loss as provided in **1. Additional Living Expense** above for a period of two weeks. We shall provide one or more additional extensions of two weeks for good cause.

**G.** The following is added to **E. Additional Coverages, 11. Ordinance Or Law,** under **SECTION I – PROPERTY COVERAGES**:

> If a total loss has occurred and:
>
> **(1)** The dwelling or other structure is rebuilt at new premises; or
>
> **(2)** You purchase an existing dwelling or other structure at a new premises;
>
> we will pay for the increased costs, subject to the limit in a. above, you would have incurred due to the enforcement of any ordinance or law had you repaired, rebuilt or replaced the dwelling or other structure at the original premises.

**H.** The following is added to **E. Additional Coverages, 11. Ordinance Or Law,** under **SECTION I – PROPERTY COVERAGES**:

> Ordinance Or Law does not apply:
>
> **(1)** To loss caused by the peril of earthquake;
>
> **(2)** To loss to any undamaged portion of the building or personal property; and
>
> **(3)** Unless you choose to repair or rebuild your home at its present location.

**I.** Paragraph **2. c. (4)** of **Coverage A – Dwelling And Coverage B – Other Structures** under **SECTION I – PERILS INSURED AGAINST** is replaced by the following:

> Vandalism and malicious mischief, and any ensuing loss caused by any act, whether it was intentional and wrongful, willful, unintentional, or accidental committed in the course of the vandalism or malicious mischief, if the dwelling has been vacant for more than 60 consecutive days immediately before the loss. A dwelling being constructed is not considered vacant;

**J.** The following paragraph is added to **2. c. (6)** of **Coverage A – Dwelling And Coverage B – Other Structures** under **SECTION I – PERILS INSURED AGAINST**:

> Constant or repeated seepage or leakage of water or steam, or the presence or condensation of humidity, moisture or vapor, if any of these occurs over a period of 14 or more days, whether hidden or not.

**K.** The following is added to Paragraph **b.** under **12. Accidental Discharge Or Overflow Of Water Or Steam** under **B. Coverage C – Personal Property** under **SECTION I – PERILS INSURED AGAINST**:

> Caused by constant or repeated seepage or leakage of water or steam, or the presence or condensation of humidity, moisture or vapor, if any of these occurs over a period of 14 or more days, whether hidden or not.

**L.** The following is added to Paragraph **A. 8. Intentional loss** under **SECTION I – EXCLUSIONS**:

> This exclusion does not apply, with respect to loss to covered property by fire, to an "insured" who does not commit or conspire to commit any act that results in loss by fire. We cover such "insured" only to the extent of that "insured's" legal interest, but not exceeding the applicable limit of liability.
>
> We may apply reasonable standards of proof to claims for such loss.

**M.** The following Exclusion is added to Paragraph **A., SECTION I – EXCLUSIONS**:

> Pressure from or presence of tree, shrub or plant roots.

**N.** The paragraph under **2.a. (3)** of **D. Loss Settlement** under **SECTION I – CONDITIONS** is replaced by the following:

CERTIFIED POLICY COPY-ARROWHEAD UNDERWRITING 7.17.2023

If the building is rebuilt at a new premises, the cost described in **(2)** above is limited to the cost which would have been incurred, including any increased costs you would have incurred due to the enforcement of any ordinance or law, if the building had been built at the original premises.

**O.** Paragraph **2. e.** of **D. Loss Settlement** under **SECTION I – CONDITIONS** is replaced by the following:

    **e.** We must be notified that you intend to repair or replace the damaged property within:

      **(1)** 36 months after our payment for actual cash value if the loss or damage relates to a state of emergency under California Law; or

      **(2)** 12 months after our payment for actual cash value in all other cases;

    If you, acting in good faith and with reasonable diligence, encounter a delay or delays in approval for, or reconstruction of, the home or residence that are beyond your control, we shall provide one or more additional extensions of six months for good cause. Circumstances beyond your control include, but are not limited to:

      **(1)** Unavoidable construction permit delays;

      **(2)** The lack of necessary construction materials; or

      **(3)** The unavailability of contractors to perform the necessary work.

**P.** Paragraph **F. Appraisal** under **SECTION I – CONDITIONS** is replaced by the following:

    **F. Appraisal**

    If you and we fail to agree on the amount of loss, then either party may make a written request for an appraisal. However, both parties must agree to the appraisal. In this event, each party will select a competent and impartial appraiser. Each party shall notify the other of the appraiser selected within 20 days of the request. Where the request is accepted, the two appraisers will select a competent and impartial umpire. If they cannot agree upon an umpire within 15 days, you or we may request that the choice be made by a judge of a court of record in the state where the "residence premises" is located. The appraisers will appraise the loss, stating separately the loss to each item. If they fail to agree, they will submit their differences to the umpire. An award in writing, agreed to by any two, will set the amount of loss.

    Each party will:

    **1.** Pay its own appraiser; and

    **2.** Bear the other expenses of the appraisal and umpire equally.

**Q.** Paragraph **H. Suit Against Us** under **SECTION I – CONDITIONS** is replaced by the following:

    **H. Suit Against Us**

    No action can be brought against us unless there has been full compliance with all of the terms under **SECTION I** of this policy and the action is started within one year after the date of loss.

**R.** Paragraph **J. Loss Payment** under **SECTION I – CONDITIONS** is replaced by the following:

    **J. Loss Payment**

    We will adjust all losses with you. We will pay you unless some other person is named in the policy or is legally entitled to receive payment. Loss will be payable 30 days after we receive your proof of loss and:

    **1.** Reach an agreement with you;

    **2.** There is an entry of a final judgment; or

    **3.** There is a filing of an appraisal award with us.

**S.** Paragraph **R. Concealment Or Fraud** under **SECTION I – CONDITIONS** is replaced by the following:

    **R. Concealment Or Fraud**

    **1.** With respect to loss caused by fire, we do not provide coverage to the "insured" who has:

      **a.** Intentionally concealed or misrepresented any material fact or circumstance;

      **b.** Engaged in fraudulent conduct; or

Issue Date: 07/17/23      INSURED   1 COPY

CERTIFIED POLICY COPY-ARROWHEAD UNDERWRITING 7.17.2023

    **c.** Made false statements;

relating to this insurance.

**2.** With respect to loss caused by a peril other than fire, we provide coverage to no "insureds" under this policy, if, whether before or after a loss, an "insured" has:

    **a.** Intentionally concealed or misrepresented any material fact or circumstance;

    **b.** Engaged in fraudulent conduct; or

    **c.** Made false statements;

relating to this insurance.

**T.** The following Condition is added to **SECTION I – CONDITIONS**:

**Inflation Protection Clause.**

We will increase the limit of insurance applying to **Coverages A, B, C,** and **D** to reflect changes in costs of construction and personal property values. Any such increase will be made on the renewal date of this policy.

**U.** The following Exclusion is added to Paragraph **E. Coverage E – Personal Liability and Coverage F – Medical Payments to Others** in **SECTION II - EXCLUSIONS**:

Coverages **E** and **F** do not apply to the following:

**Coverage E – Personal Liability** and **Coverage F – Medical Payments to Others**, and any endorsement which forms a part of this policy, do not apply to any liability for "bodily injury", "property damage", "personal injury", or medical payments to others resulting from:

    **a.** A criminal act or omission committed by or at the direction of an "insured"; or

    **b.** An act or omission which is criminal in nature and committed by an "insured" person who lacked the mental capacity to appreciate the criminal nature or wrongfulness of the act or omission or to conform his or her conduct to the requirements of the law or to form the necessary intent under the law.

This exclusion applies regardless of whether an "insured" person is actually charged with, or convicted of, a crime.

**V.** The following Exclusion is added to Paragraph **F. Coverage E – Personal Liability** in **SECTION II - EXCLUSIONS**:

Coverage **E** does not apply to any:

    **a.** Liability arising out of dumping, discharge or escape of irritants, pollutants or contaminants, including lead paint; or

    **b.** Loss, cost or expense arising out of any governmental direction or request that you test for, monitor, clean up, remove, contain, treat, detoxify or neutralize pollutants.

Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**W.** The following Exclusion is added to Paragraph **F. Coverage E – Personal Liability** in **SECTION II - EXCLUSIONS**:

Coverage **E** does not apply to:

Liability arising out of claims, costs or awards whatsoever for punitive or exemplary damages.

**X.** Paragraphs **2., 3.** and **4.** of **C. Cancellation** in **SECTIONS I AND II – CONDITIONS** are replaced by the following:

**2.** If a state of emergency under California Law is declared and the dwelling or other structure is located in any ZIP Code within or adjacent to the fire perimeter, as determined by California Law, we may not cancel this policy for one year, beginning from the date the state of emergency is declared, solely because the dwelling or other structure is located in an area in which a wildfire has occurred.

However, we may cancel:

    **a.** When you have not paid the premium, at any time by letting you know at least 10 days before the cancellation date takes effect;

ZAHHO-SP CA (07/21)          Includes copyrighted material of Insurance Services Office, Inc., with its permission.          Page 4 of 7

Issue Date: 07/17/23                    INSURED   1 COPY

CERTIFIED POLICY COPY-ARROWHEAD UNDERWRITING 7.17.2023

  **b.** If willful or grossly negligent acts or omissions by the named insured or his or her representatives, are discovered that materially increase any of the risks insured against.

    **(1)** When this policy has been in effect for less than 60 days and is not a renewal with us, we may cancel for any reason, except as provided below, by letting you know at least 20 days before the date cancellation takes effect.

    **(2)** When this policy has been in effective for more than 60 days we will notify at least 30 days before the cancellation takes effect; or

  **c.** If there are physical changes in the property insured against, beyond the catastrophe damaged condition of the structures and surface landscape, which result in the property becoming uninsurable.

    **(1)** When this policy has been in effect for less than 60 days and is not a renewal with us, we will notify you at least 20 days before the date of cancellation takes effect.

    **(2)** When this policy has been in effect for more than 60 days, we will notify you at least 30 days before the date of cancellation takes effect.

**3.** In all other cases, we may cancel only for the reasons stated below by letting you know in writing of the date cancellation takes effect. This cancellation notice may be delivered to you, or mailed to you at your mailing address shown in the Declarations. Proof of mailing will be sufficient proof of notice.

  **a.** When you have not paid the premium, we may cancel at any time by letting you know at least 10 days before the date of cancellation takes effect.

  **b.** When this policy has been in effect for less than 60 days and is not a renewal with us, we may cancel for any reason except as provided below, by letting you know at least 20 days before the date cancellation takes effect.

  We may not cancel this policy solely because:

    **(1)** You accepted an offer of earthquake coverage;

    **(2)** Corrosive soil conditions exist on the "residence premises". This Provision **(2)** applies only if this policy includes one or more of the following, which exclude loss caused by corrosive soil conditions:

      **(a)** Homeowners 3 – Special Form;

      **(b)** Homeowners 5 – Comprehensive Form;

      **(c)** Special Personal Property Coverage Endorsement;

      **(d)** Unit-owners Coverage **A** Endorsement; or

      **(e)** Unit-owners Coverage **C** Endorsement; or

    **(3)** You cancelled or did not renew an earthquake policy issued by the California Earthquake Authority (CEA) that included an earthquake policy premium surcharge.

  However, we may cancel this policy if you have accepted a new or renewal policy issued by the CEA that included an earthquake policy premium surcharge, but you failed to pay the earthquake policy premium surcharge authorized by the CEA.

  However, in the event of a total loss to the "residence premises", we will not cancel while any structure at that location is being rebuilt except for the reasons stated in Paragraphs **2.a.** and **2.c.** of this Condition **C.** Cancellation.

  **c.** When this policy has been in effect for 60 days or more, or at any time if it is a renewal with us, we may only cancel if there has been:

    **(1)** Conviction of a crime having as one of its necessary elements an act increasing the hazard insured against; or

    **(2)** Discovery of fraud or material misrepresentation by:

      **(a)** Any "insured" or his or her representative in obtaining this insurance; or

      **(b)** You or your representative in pursuing a claim under this policy; or

Issue Date: 07/17/23      INSURED   1 COPY

**(3)** Discovery of grossly negligent acts or omissions substantially increasing any of the hazards insured against; or

**(4)** Physical changes in the property insured against which result in the property becoming uninsurable.

However, we may not cancel this policy solely because:

**(a)** Physical changes occur due to a total loss; or

**(b)** Corrosive soil conditions exist on the "residence premises" if this policy includes one or more of the following, which exclude loss caused by corrosive soil conditions:

**(i)** Homeowners 3 - Special Form;

**(ii)** Homeowners 5 - Comprehensive Form;

**(iii)** Special Personal Property Coverage Endorsement

**(iv)** Unit-Owners Coverage **A** Endorsement; or

**(v)** Unit-Owners Coverage **C** Endorsement.

**(5)** Acceptance of a new or renewal policy, issued by the CEA that included an earthquake policy premium surcharge, but you failed to pay the earthquake policy premium surcharge authorized by the CEA.

This can be done by notifying you at least 30 days before the date cancellation takes effect.

**d.** When this policy is written for a period longer than one year, we may cancel for any reason at anniversary by notifying you at least 45 days before the date cancellation takes effect.

**4.** When this policy is cancelled, the premium for the period from the date of cancellation to the expiration date will be refunded pro rata. However, the return premium may be less than pro rata if we made a loan to you for the purpose of payment of premiums for this policy.

**5.** If, when we cancel this policy, the return premium is not refunded with the notice of cancellation, we will refund it within 25 days after we send the cancellation notice to you. If, when you cancel this policy, the return premium is not refunded when this policy is returned to us, we will refund it within 25 days of the date when we receive your notice of cancellation.

**Y.** Paragraph **D. Nonrenewal** in **SECTIONS I AND II – CONDITIONS** is replaced by the following:

**D. Nonrenewal**

**1.** We may elect not to renew this policy, subject to the provisions of **2.** below. We may do so by delivering to you, at your mailing address shown in the Declarations, written notice at least 75 days before the expiration date of this policy. Proof of mailing will be sufficient proof of notice.

**2.** We will not refuse to renew this policy:

**a.** Solely because you accepted an offer of earthquake coverage.

However, the following applies only to insurers who are associate participating insurers as established by Cal. Ins. Code Section 10089.16. We may elect not to renew this policy after you have accepted an offer of earthquake coverage if one or more of the following reasons apply:

**(1)** The nonrenewal is based on sound underwriting principles that relate to the coverages provided by this policy and that are consistent with the approved rating plan and related documents filed with the Department of Insurance as required by existing law;

**(2)** The Commissioner of Insurance finds that the exposure to potential losses will threaten our solvency or place us in a hazardous condition. A hazardous condition includes, but is not limited to, a condition in which we make claims payments for losses resulting from an earthquake that occurred within the preceding two years and that required a reduction in policyholder surplus of at least 25% for payment of those claims; or

**(3)** We have:

**(a)** Lost or experienced a substantial reduction in the availability or scope of reinsurance coverage; or

CERTIFIED POLICY COPY-ARROWHEAD UNDERWRITING 7.17.2023

    **(b)** Experienced a substantial increase in the premium charged for reinsurance coverage of our residential property insurance policies; and

    the Commissioner has approved a plan for the nonrenewals that is fair and equitable, and that is responsive to the changes in our reinsurance position.

  **b.** Solely because you cancelled or did not renew an earthquake policy, issued by the CEA, that included an earthquake policy premium surcharge;

  **c.** Solely because corrosive soil conditions exist on the "residence premises". This Provision **c.** applies only if this policy includes one or more of the following, which exclude loss caused by corrosive soil conditions:

    **(1)** Homeowners 3 – Special Form;

    **(2)** Homeowners 5 – Comprehensive Form;

    **(3)** Special Personal Property Coverage Endorsement;

    **(4)** Unit-owners Coverage **A** Endorsement; or

    **(5)** Unit-owners Coverage **C** Endorsement; or

  **d.** Solely on the grounds that a claim is pending under the policy unless such claim is made under coverage for loss caused by an earthquake.

**3.** If this policy is written for a period of less than one year, we agree not to refuse to renew except at the end of an annual period commencing with the original or renewal effective date.

**4.** If a state of emergency under California Law is declared and the dwelling or other structure is located in any ZIP Code within or adjacent to the fire perimeter, as determined by California Law, we may not non-renew this policy for one year, beginning from the date the state of emergency is declared, solely because the dwelling or other structure is located in an area in which a wildfire has occurred.

However, we may non-renew:

  **a.** If willful or grossly negligent acts or omissions by the named insured, or his or her representatives, are discovered that materially increase any of the risks insured against;

  **b.** If losses unrelated to the post-disaster loss condition of the property have occurred that would collectively render the risk ineligible for renewal; or

  **c.** If there are physical changes in the property insured against, beyond the catastrophe damaged condition of the structures and surface landscape, which result in the property becoming uninsurable.

All other terms, conditions, provisions and exclusions of this policy remain the same.

Issue Date: 07/17/23        INSURED   1 COPY

ZHO2542250

CERTIFIED POLICY COPY-ARROWHEAD UNDERWRITING 7.17.2023

POLICY NUMBER:

**HOMEOWNERS
HO 23 56 07 19**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# SPECIFIED ADDITIONAL AMOUNT OF INSURANCE FOR COVERAGE A – DWELLING – CALIFORNIA

### SCHEDULE

| Additional Amount Of Insurance | 50% |
|---|---|

The Additional Amount Of Insurance is determined by multiplying the Coverage **A** Limit Of Liability shown in the Declarations by the percentage amount shown above.

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

To the extent that coverage is provided, we agree to provide an additional amount of insurance in accordance with the following provisions:

**A.** If you have:

  **1.** Allowed us to adjust the Coverage **A** limit of liability and the premium in accordance with:

    **a.** The property evaluations we make; and

    **b.** Any increases in inflation; and

  **2.** Notified us, within 30 days of completion, of any improvements, alterations or additions to the building insured under Coverage **A** which increase the replacement cost of the building by 5% or more;

  the provisions of this endorsement will apply after a loss, provided you elect to repair or replace the damaged building.

**B.** If there is a loss to the building insured under Coverage **A** that exceeds the Coverage **A** Limit Of Liability shown in the Declarations, for the purpose of settling that loss only:

  **1.** We will provide an additional amount of insurance, up to the amount described in the Schedule above; and

  **2.** Section I – Condition **D. Loss Settlement** Paragraph **2.** is replaced by Paragraphs **2.** and **3.** as follows:

    **2.** The building insured under Coverage **A** at replacement cost without deduction for depreciation. We will pay no more than the smallest of the following amounts:

      **a.** The replacement cost of that part of the building damaged with material of like kind and quality and for like use;

      **b.** The necessary amount actually spent to repair or replace the damaged building; or

      **c.** The limit of liability under this Policy that applies to the building, plus any additional amount provided by this endorsement.

    If the building is rebuilt at a new premises, the cost described in **a.** above is limited to the cost which would have been incurred, including any increased costs you would have incurred due to the enforcement of any ordinance or law, if the building had been rebuilt at the original premises.

    **3.** We will pay no more than the actual cash value of the damage until actual repair or replacement is complete.

    We must be notified that you intend to repair or replace the damaged property within:

      **a.** 36 months after our payment for actual cash value if the loss or damage relates to a state of emergency under California Law; or

      **b.** 12 months after our payment for actual cash value in all other cases.

**HO 23 56 07 19**

© Insurance Services Office, Inc., 2018

**Page 1 of 2**

Issue Date: 07/17/23

INSURED   1 COPY

ZHO2542250

CERTIFIED POLICY COPY-ARROWHEAD UNDERWRITING 7.17.2023

If you, acting in good faith and with reasonable diligence, encounter a delay or delays in approval for, or reconstruction of, the home or residence that are beyond your control, we shall provide one or more additional extensions of six months for good cause. Circumstances beyond your control include, but are not limited to:

(1) Unavoidable construction permit delays;

(2) The lack of necessary construction materials; or

(3) The unavailability of contractors to perform the necessary work.

All other provisions of this Policy apply.

© Insurance Services Office, Inc., 2018

**HO 23 56 07 19**

Issue Date: 07/17/23                    INSURED   1 COPY

CERTIFIED POLICY COPY-ARROWHEAD UNDERWRITING 7.17.2023

**HOMEOWNERS**
**HO 04 07 07 19**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# PERSONAL PROPERTY REPLACEMENT COST
# LOSS SETTLEMENT – CALIFORNIA

**A. Eligible Property**

1. Covered losses to the following property are settled at replacement cost at the time of the loss:

   **a.** Coverage **C**; and

   **b.** If covered in this Policy:

      **(1)** Awnings, outdoor antennas and outdoor equipment; and

      **(2)** Carpeting and household appliances;

      whether or not attached to buildings.

2. This method of loss settlement will also apply to the following articles or classes of property if they are separately described and specifically insured in this Policy and not subject to agreed value loss settlement:

   **a.** Jewelry;

   **b.** Furs and garments:

      **(1)** Trimmed with fur; or

      **(2)** Consisting principally of fur;

   **c.** Cameras, projection machines, films and related articles of equipment;

   **d.** Musical equipment and related articles of equipment;

   **e.** Silverware, silver-plated ware, goldware, gold-plated ware and pewterware, but excluding:

      **(1)** Pens or pencils;

      **(2)** Flasks;

      **(3)** Smoking implements; or

      **(4)** Jewelry; and

   **f.** Golfer's equipment meaning golf clubs, golf clothing and golf equipment.

   Personal Property Replacement Cost loss settlement will not apply to other classes of property separately described and specifically insured.

**B. Ineligible Property**

   Property listed below is not eligible for replacement cost loss settlement. Any loss will be settled at actual cash value at the time of loss but not more than the amount required to repair or replace.

1. Antiques, fine arts, paintings and similar articles of rarity or antiquity, which cannot be replaced.

2. Memorabilia, souvenirs, collectors items and similar articles, whose age or history contributes to their value.

3. Articles not maintained in good or workable condition.

4. Articles that are outdated or obsolete and are stored or not being used.

**C. Replacement Cost Loss Settlement Condition**

   The following loss settlement condition applies to all property described in **A.** above:

1. We will pay no more than the least of the following amounts:

   **a.** Replacement cost at the time of loss without deduction for depreciation;

   **b.** The full cost of repair at the time of loss;

   **c.** The limit of liability that applies to Coverage **C**, if applicable;

   **d.** Any applicable special limits of liability stated in this Policy; or

   **e.** For loss to any item described in **A.2.a.** through **f.** above, the limit of liability that applies to the item.

2. If the cost to repair or replace the property described in **A.** above is more than $500, we will pay no more than the actual cash value for the loss until the actual repair or replacement is complete.

3. We must be notified within:

   **a.** 36 months after our payment for actual cash value if the loss or damage relates to a state of emergency under California Law; or

   **b.** 12 months after our payment for actual cash value in all other cases;

   that you intend to repair or replace the damaged property

All other provisions of this Policy apply.

---

**HO 04 07 07 19**          © Insurance Services Office, Inc., 2018          **Page 1 of 1**

CERTIFIED POLICY COPY-ARROWHEAD UNDERWRITING 7.17.2023

POLICY NUMBER:  ZHO2542250

**HOMEOWNERS**
**HO 04 95 01 14**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# LIMITED WATER BACK-UP AND SUMP DISCHARGE OR OVERFLOW COVERAGE

### SCHEDULE

| Limited Water Back-up And Sump Discharge Or Overflow Coverage Limit Of Liability: | $ 5000 |
|---|---|
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

**A. Section I – Property Coverages**

**E. Additional Coverages**

The following coverage is added:

**Limited Water Back-up And Sump Discharge Or Overflow Coverage**

We will pay up to the Limit Of Liability shown in the Schedule for direct physical loss, not caused by the negligence of an "insured", to property covered under Section I caused by water, or waterborne material, which:

**1.** Originates from within the dwelling where you reside and backs up through sewers or drains; or

**2.** Overflows or is discharged from a:

**a.** Sump, sump pump; or

**b.** Related equipment;

even if such overflow or discharge results from mechanical breakdown or power failure. This coverage does not apply to direct physical loss of the sump pump, or related equipment, which is caused by mechanical breakdown or power failure.

This coverage does not increase the limits of liability for Coverage **A, B, C** or **D** stated in the Declarations.

**B. Section I – Perils Insured Against**

With respect to the coverage provided under this endorsement, Paragraphs:

**A.2.c.(6)(b)** in Form **HO 00 03;**

**A.2.e.(2)** in Form **HO 00 05;**

**2.j.(2)** in Endorsement **HO 05 24;**

**3.j.(2)** in Endorsement **HO 17 31;** and

**2.c.(6)(b)** in Endorsement **HO 17 32;**

are replaced by the following:

Latent defect, inherent vice or any quality in property that causes it to damage or destroy itself;

**C. Section I – Exclusions**

With respect to the coverage provided under this endorsement:

**1.** The **Water** Exclusion is replaced by the following:

**Water**

This means water which backs up through sewers or drains, or overflows or is discharged from a sump, sump pump or related equipment, as a direct or indirect result of:

**a.** Flood, surface water, waves, including tidal wave and tsunami, tides, tidal water, overflow of any body of water, or spray from any of these, all whether or not driven by wind, including storm surge;

**b.** Water below the surface of the ground, including water which exerts pressure on, or seeps, leaks or flows through a building, sidewalk, driveway, patio, foundation, swimming pool or other structure; or

**c.** Waterborne material carried or otherwise moved by any of the water referred to in Paragraphs **C.1.a.** and **C.1.b.** of this exclusion.

This exclusion applies regardless of whether any of the above, in Paragraphs **C.1.a.** through **C.1.c.**, is caused by an act of nature or is otherwise caused.

This exclusion applies to, but is not limited to, escape, overflow or discharge, for any reason, of water or waterborne material from a dam, levee, seawall or any other boundary or containment system.

However, direct loss by fire, explosion or theft resulting from any of the above, in Paragraphs **C.1.a.** through **C.1.c.**, is covered.

**2.** The **Power Failure** Exclusion does not apply.

All other provisions of this policy apply.

**HO 04 95 01 14**

© Insurance Services Office, Inc., 2013

**Page 1 of 1**

Issue Date: 07/17/23

INSURED  1 COPY

CERTIFIED POLICY COPY-ARROWHEAD UNDERWRITING 7.17.2023

# ZURICH AMERICAN INSURANCE COMPANY

# LIMITED FUNGI, WET OR DRY ROT, OR BACTERIA COVERAGE

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**Schedule\***

| This limit of liability applies to the total of all loss or costs payable under this endorsement in any one policy period, regardless of the number of occurrences, the number of claims made, or the number of locations insured under this endorsement and listed in this Schedule. | |
|---|---|
| Section I – Property Coverage Limit of Liability for the Additional Coverage "Fungi", Wet Or Dry Rot, Or Bacteria | $5,000 |
| *Entries may be left blank if shown elsewhere in this policy for this coverage. | |

A.  The following definition is added to **DEFINITIONS**:

**"Fungi"**

a.  "Fungi" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

b.  Under **SECTION II**, this does not include any fungi that are, are on, or are contained in, a good or product intended for consumption.

B.  The following is added to **E. Additional Coverages** under **SECTION I – PROPERTY COVERAGES**:

**"Fungi", Wet Or Dry Rot, Or Bacteria**

a.  The amount shown in the Schedule above is the most we will pay for:

   (1) The total of all loss payable under **SECTION I – PROPERTY COVERAGES** caused by "fungi", wet or dry rot, or bacteria;

   (2) The cost to remove "fungi", wet or dry rot, or bacteria from property covered under **SECTION I – PROPERTY COVERAGES**;

   (3) The cost to tear out and replace any part of the building or other covered property as needed to gain access to the "fungi", wet or dry rot, or bacteria; and

   (4) The cost of testing of air or property to confirm the absence, presence or level of "fungi", wet or dry rot, or bacteria, whether performed prior to, during or after removal, repair, restoration or replacement. The cost of such testing will be paid only to the extent that there is a reason to believe that there is the presence of "fungi", wet or dry rot, or bacteria.

b.  The coverage described in **a.** above only applies when such loss or costs are a result of a Peril Insured Against that occurs during the policy period and only if all reasonable means were used to save and preserve the property from further damage at and after the time the Peril Insured Against occurred.

c.  The amount shown in the Schedule for this coverage is the most we will pay for the total of all loss or costs payable under this Additional Coverage, in any one policy period, regardless of the:

   (1) Number of locations insured under this endorsement; or

   (2) Number of claims made.

d.  If there is covered loss or damage to covered property, not caused, in whole or in part, by "fungi", wet or dry rot, or bacteria, loss payment will not be limited by the terms of this Additional Coverage, except to the extent that

CERTIFIED POLICY COPY-ARROWHEAD UNDERWRITING 7.17.2023

"fungi", wet or dry rot, or bacteria causes an increase in the loss. Any such increase in the loss will be subject to the terms of this Additional Coverage.

This coverage does not increase the limit of liability applying to the damaged covered property.

   **e.**   We do not cover loss to the system or appliance from which water, condensation, moisture or vapor escaped.

   **f.**   The coverage described in **a.** above does not apply to **Coverage D – Loss of Use, 1. Additional Living Expense.**

**C.**   Paragraph **2. c. (5)** in **A. Coverage A – Dwelling And Coverage B – Other Structures** under **SECTION I – PERILS INSURED AGAINST** is deleted and replaced by the following:

   Mold, "fungi", wet or dry rot. However, loss as described under the Additional Coverage **"Fungi", Wet Or Dry Rot, Or Bacteria** is covered if unknown to all "insureds" and is hidden within the walls or ceilings or beneath the floors or above the ceilings of a structure, subject to the maximum amount shown in the Schedule above.

**D.**   **2. c. (6) (c)** in **A. Coverage A – Dwelling And Coverage B – Other Structures** under **SECTION I – PERILS INSURED AGAINST** is replaced by the following:

   **(c)** Smog, rust, or other corrosion;

**E.**   Paragraph **b. (4)** under **12. Accidental Discharge Or Overflow Of Water Or Steam** under **B. Coverage C – Personal Property** under **SECTION I – PERILS INSURED AGAINST** is replaced by:

   **(4)** Mold, "fungi", wet or dry rot. However, loss as described under the Additional Coverage **"Fungi", Wet Or Dry Rot, Or Bacteria** is covered if unknown to all "insureds" and is hidden within the walls or ceilings or beneath the floors or above the ceilings of a structure, subject to the maximum amount shown in the Schedule above.

**F.**   The following is added to paragraph **b.** under **12. Accidental Discharge Or Overflow Of Water Or Steam** under **B. Coverage C – Personal Property** under **SECTION I – PERILS INSURED AGAINST:**

   However, notwithstanding Section **F.** of ZAHHO-SP CA Special Provisions, loss as described under the Additional Coverage **"Fungi", Wet Or Dry Rot, Or Bacteria** is covered if unknown to all "insureds" and is hidden within the walls or ceilings or beneath the floors or above the ceilings of a structure, subject to the maximum amount shown in the Schedule above.

**G.**   The following is added to Paragraph **A., SECTION I – EXCLUSIONS:**

   **"Fungi", Wet Or Dry Rot, Or Bacteria**

   "Fungi", Wet Or Dry Rot, Or Bacteria meaning the presence, growth, proliferation, spread or any activity of "fungi", wet or dry rot, or bacteria.

   This exclusion does not apply:

   **a.**   When "fungi", wet or dry rot, or bacteria results from fire or lightning; or

   **b.**   To the extent coverage is provided for in the **"Fungi", Wet Or Dry Rot, Or Bacteria** Additional Coverage under **SECTION I – PROPERTY COVERAGES** with respect to loss caused by a Peril Insured Against other than fire or lightning.

   Direct loss by a Peril Insured Against resulting from "fungi", wet or dry rot, or bacteria is covered.

**H.**   Condition **Q. Policy Period** under **SECTION I – CONDITIONS** is replaced with the following:

   **Policy Period**

   This policy applies only to loss or costs in **SECTION I,** which occur during the policy period.

**I.**   The following Exclusion is added to Paragraph **E. Coverage E – Personal Liability And Coverage F – Medical Payments To Others** under **SECTION II – EXCLUSIONS:**

   Coverages **E** and **F** do not apply to the following:

   **"Fungi", Wet Or Dry Rot, Or Bacteria**

   **a.**   Arising out of, in whole or in part, or aggravated by, or results from the presence, growth, proliferation, spread or any activity of "fungi", wet or dry rot, or bacteria.

   **b.**   Any liability imposed upon any insured person, by any governmental authority for "bodily injury" or "property damage" which, in whole, or in part, is aggravated by or results from the presence, growth, proliferation, spread or any activity of "fungi", wet or dry rot, or bacteria.

CERTIFIED POLICY COPY-ARROWHEAD UNDERWRITING 7.17.2023

   **c.** Loss, costs or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi", wet or dry rot, or bacteria, by any "insured" or by any other person or entity.

All other terms, conditions, provisions and exclusions of this policy remain the same.

CERTIFIED POLICY COPY-ARROWHEAD UNDERWRITING 7.17.2023

POLICY NUMBER:  ZHO2542250

**HOMEOWNERS**
**HO 24 90 08 01**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# WORKERS COMPENSATION
# RESIDENCE EMPLOYEES – CALIFORNIA

### A. Agreement

We agree, with respect to "residence employees":

**UNDER COVERAGE I**

To pay when due all benefits required of an "insured" by the California Workers' Compensation Law; and

**UNDER COVERAGE II**

To pay on behalf of an "insured" all damages for which the "insured" is legally liable because of "bodily injury" sustained by a "residence employee". The "bodily injury" must be caused by accident or disease and arise out of and in the course of employment by the "insured" while:

1. In the United States of America, its territories or possessions, or Canada, or

2. Temporarily elsewhere if the "residence employee" is a citizen or resident of the United States or Canada.

Coverage II does not apply to any suit brought in or judgment rendered by any court outside the United States of America, its territories and possessions, or Canada, or to any action on such judgment.

### B. Who Is Covered

A "residence employee" is covered if during the 90 calendar days immediately before the date of injury the employee has:

a. Actually been engaged in such employment by the "insured" for no less than 52 hours, and

b. Earned no less than one hundred dollars ($100) in wages.

### C. Application Of Coverage

This insurance applies only to "bodily injury" which occurs during the policy period. If the "bodily injury" is a disease, it must be caused or aggravated by the conditions of the "residence employee's" employment by the "insured".

### D. Policy Provisions

This insurance is subject to all the provisions of this endorsement and the following provisions of this policy:

1. Under Sections I and II – Conditions:

   B. Waiver Or Change Of Policy Provisions

   C. Cancellation

   E. Assignment

   F. Subrogation

2. Under Section II – Conditions:

   C. Duties After "Occurrence"

   F. Suit Against Us

3. Under Section II – Liability Coverages, our agreement to defend an "insured" as provided under A. Coverage E – Personal Liability.

4. Under Section II – Additional Coverages:

   A. Claim Expenses.

   B. First Aid Expenses.

5. The definitions of "bodily injury", "business", "insured" and "residence employee".

### E. Additional Provisions Applicable To Coverage I

The following provisions are applicable to Coverage I:

1. We shall be directly and primarily liable to any "residence employee" of an "insured" entitled to the benefits of the California Workers' Compensation Law.

2. As between the "residence employee" and us, notice to or knowledge of the "occurrence" of the injury on the part of an "insured" will be deemed notice or knowledge on our part.

3. The jurisdiction of an "insured" will, for the purpose of the law imposing liability for compensation, be our jurisdiction.

CERTIFIED POLICY COPY-ARROWHEAD UNDERWRITING 7.17.2023

4. We will be subject to the orders, findings, decisions or awards rendered against an "insured", under the provisions of the law imposing liability for compensation, subject to the provisions, conditions and limitations of this policy. This policy shall govern as between an "insured" and us as to payments by either in discharge or an "insured's" liability for compensation.

5. The "residence employee" has a first lien upon any amount which we owe you on account of this insurance. In case of your legal incapacity or inability to receive the money and pay it to the "residence employee", we will pay it directly to the "residence employee". Your obligation to the "residence employee" will be discharged to the extent of such payment.

## F. Limits Of Liability Coverage II

Our total limit of liability will not exceed $100,000 for all damages because of "bodily injury":

1. Sustained by one or more "residence employees" in any one accident; or

2. Caused by disease and sustained by a "residence employee".

Our total limit of liability will not exceed $500,000 for all damages arising out of "bodily injury" by disease regardless of the number of "residence employees" who sustain "bodily injury" by disease.

## G. Other Insurance

This insurance does not apply to any loss to which other valid and collectible Workers' Compensation or Employers' Liability Insurance applies.

## H. Conformity To Statute

Terms of this insurance which are in conflict with the California Workers' Compensation Law are amended to conform to that law.

## I. Exclusions

This policy does not apply:

1. To liability for additional compensation imposed on an "insured" under Sections 4553 and 4557, Division IV, Labor Code of the State of California, because of the serious and willful misconduct of an "insured", or because of "bodily injury" to an employee under 16 years of age and illegally employed at the time of injury;

2. To liability for "bodily injury" arising out of "business" pursuits of an "insured".

3. Under Coverage II:

   a. To liability assumed by the "insured" under any contract or agreement.

   b. To "bodily injury" by disease unless a written claim is made or suit brought against the "insured" within 36 months after the end of the policy period.

   c. To any obligation under a workers' compensation, unemployment or disability benefits law or any similar law.

Copyright, Insurance Services Office, Inc., 2001
INSURED   1 COPY

HO 24 90 08 01

CERTIFIED POLICY COPY-ARROWHEAD UNDERWRITING 7.17.2023

# ZURICH AMERICAN INSURANCE COMPANY
# LENDER'S LOSS PAYABLE ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

1. Loss or damage, if any, under this policy, shall be paid to the Payee named on the first page of this policy, its successors and assigns, hereinafter referred to as the Lender, in whatever form or capacity its interests may appear and whether said interest be vested in said Lender in its individual or in its disclosed or undisclosed fiduciary or representative capacity, or otherwise, or vested in nominee or trustee of said Lender.

2. The insurance under this policy, or any rider or endorsement attached thereto, as to the interest only of the Lender, its successors and assigns, shall not be invalidated nor suspended:

   (a) by any error, omission, or change respecting the ownership, description, possession, or location of the subject of the insurance or the interest therein, or title thereto;

   (b) by the commencement of foreclosure proceedings or the giving of notice of sale of any of the property covered by this policy by virtue of any mortgage or trust deed;

   (c) by any breach of warranty, act, omission, neglect, or non-compliance with any of the provisions of this policy, including any and all riders now or hereafter attached thereto, by the named insured, the borrower, mortgagor, trustor, vendee, owner, tenant, warehouseman, custodian, occupant, or by the agents of either or any of them or by the happening of any event permitted by them or either of them, or their agents, or which they failed to prevent, whether occurring before or after the attachment of this endorsement, or whether before or after loss, which under the provisions of this policy of insurance or of any rider or endorsement attached thereto would invalidate or suspend the insurance as to the named insured, excluding here from, however, any acts or omissions of the Lender while exercising active control and management of the property.

3. In the event of failure of the insured to pay any premium or additional premium which shall be or become due under the terms of this policy or on account of any change in occupancy or increase in hazard not permitted by this policy, this Company agrees to give written notice to the Lender of such non-payment of premium after sixty (60) days from and within one hundred and twenty (120) days after due date of such premium and it is a condition of the continuance of the rights of the Lender hereunder that the Lender when so notified in writing by this Company of the failure of the insured to pay such premium shall pay or cause to be paid the premium due within ten (10) days following receipt of the Company's demand in writing therefore. If the Lender shall decline to pay said premium or additional premium, the rights of the Lender under this Lender's Loss Payable Endorsement shall not be terminated before ten (10) days after receipt of said written notice by the Lender.

4. Whenever this Company shall pay to the Lender any sum for loss or damage under this policy and shall claim that as to the insured no liability therefore exists, this Company, at its option, may pay to the Lender the whole principal sum and interest and other indebtedness due or to become due from the insured, whether secured or unsecured, (with refund of all interest not accrued), and this Company, to the extent of such payment, shall thereupon receive a full assignment and transfer, without recourse, of the debt and all rights and securities held as collateral thereto.

5. If there be any other insurance upon the within described property, this Company shall be liable under this policy to the Lender for the proportion of such loss or damage that the sum hereby insured bears to the entire insurance of similar character on said property under policies held by, payable to and expressly consented to by the Lender. Any Contribution Clause included in any Fallen Building Clause Waiver or any Extended Coverage Endorsement attached to this contract of insurance is hereby nullified except Contribution Clauses for the compliance with which the insured has received reduction in the rate charged or has received extension of the coverage to include hazards other than fire and compliance with such Contribution Clause is made a part of the consideration for insuring such other hazards the Lender upon the payment to it of the full amount of its claim, will subrogate this Company (pro rata with all other insurers contributing to said payment) to all of the Lender's rights of contribution under said other insurance.

6. This Company reserves the right to cancel this policy at any time, as provided by its terms, but in such case this policy shall continue in force for the benefit of the Lender for ten (10) days after written notice of such cancellation is received by the Lender and shall then cease.

7. This policy shall remain in full force and effect as to the interest of the Lender for a period of ten (10) days after its expiration unless an acceptable policy in renewal thereof with loss there under payable to the Lender in accordance

CERTIFIED POLICY COPY-ARROWHEAD UNDERWRITING 7.17.2023

with the terms of this Lender's Loss Payable Endorsement shall have been issued by some insurance company and accepted by the Lender.

8. Should legal title to and beneficial ownership of any of the property covered under this policy become vested in the Lender, or its agents, insurance under this policy shall continue for the term thereof for the benefit of the Lender but, in such event, any privilege granted by this Lender's Loss Payable Endorsement which are not also granted the insured under the terms and conditions of this policy and/or under other riders or endorsements attached thereto shall not apply to the insurance hereunder as respects such property.

9. All notices herein provided to be given by the Company to the Lender in connection with this policy and this Lender's Loss Payable Endorsement shall be mailed to or delivered to the Lender at its office or branch described on the Declarations page of the policy.

CERTIFIED POLICY COPY-ARROWHEAD UNDERWRITING 7.17.2023

**HOMEOWNERS**
**HO 04 16 10 00**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# PREMISES ALARM OR FIRE PROTECTION SYSTEM

We acknowledge the installation of an alarm system and/or automatic sprinkler system approved by us on the "residence premises". You agree to maintain this system or systems, for which we have granted a credit, in working order and to let us know promptly of any change, including removal, made to the system(s).

**HO 04 16 10 00**                    Copyright, Insurance Services Office, Inc.,  1999                    **Page 1 of 1**
Issue Date: 07/17/23                                INSURED    1 COPY

CERTIFIED POLICY COPY-ARROWHEAD UNDERWRITING 7.17.2023

**HOMEOWNERS**
**HO 06 53 02 17**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# HOME-SHARING HOST ACTIVITIES AMENDATORY ENDORSEMENT

**DEFINITIONS**

**A.** The following definitions are added:

**1.** "Home-sharing host activities" means:

  **a.** The:

    **(1)** Rental or holding for rental; or

    **(2)** Mutual exchange of services;

    of the "residence premises", in whole or in part, by an "insured" to a "home-sharing occupant" through the use of a "home-sharing network platform"; and

  **b.** Any other related property or services made available by an "insured" for use during such:

    **(1)** Rental; or

    **(2)** Mutual exchange of services;

    except those property or services provided by another party.

**2.** "Home-sharing network platform" means an online-enabled application, web site or digital network that:

  **a.** Is used for the purpose of facilitating, for money, mutual exchange of services or other compensation, the rental of a dwelling or other structure, in whole or in part; and

  **b.** Allows for the agreement and compensation with respect to such rental to be transacted through such online-enabled application, web site or digital network.

**3.** "Home-sharing occupant" means a person, other than an "insured", who:

  **a.** Has entered into an agreement or arranged compensation with an "insured" through the use of a "home-sharing network platform" for "home-sharing host activities"; or

  **b.** Is accompanying or staying with a person described in Paragraph **3.a.** of this provision under such "home-sharing host activities".

**B.** Definition **B.3.** "Business" is replaced by the following:

**3.** "Business" means:

  **a.** A trade, profession or occupation engaged in on a full-time, part-time or occasional basis;

  **b.** "Home-sharing host activities"; or

  **c.** Any other activity engaged in for money or other compensation, except the following:

    **(1)** One or more activities, not described in **(2)** through **(4)** below, for which no "insured" receives more than $2,000 in total compensation for the 12 months before the beginning of the policy period;

    **(2)** Volunteer activities for which no money is received other than payment for expenses incurred to perform the activity;

    **(3)** Providing home day care services for which no compensation is received, other than the mutual exchange of such services; or

    **(4)** The rendering of home day care services to a relative of an "insured".

**C.** In this Policy, the terms:

**1.** Roomer;

**2.** Boarder;

**3.** Tenant; or

**4.** Guest;

do not include a "home-sharing occupant".

**SECTION I – PROPERTY COVERAGES**

**C. Coverage C – Personal Property**

Paragraphs **f.** and **g.** of **4. Property Not Covered** are replaced by the following:

We do not cover:

  **f.** Property of:

    **(1)** A "home-sharing occupant";

© Insurance Services Office, Inc., 2016
INSURED  1 COPY

CERTIFIED POLICY COPY-ARROWHEAD UNDERWRITING 7.17.2023

**(2)** Any other person occupying the "residence premises" as a result of any "home-sharing host activities"; and

**(3)** Roomers, boarders and other tenants, except property of roomers and boarders related to an "insured";

**g.** Property in:

**(1)** A space while rented or primarily held for rental to a "home-sharing occupant"; or

**(2)** Subject to Paragraph **C.4.g.(1)**, property in an apartment regularly rented or held for rental to others by an "insured" except as provided in **E.10.** Landlord's Furnishings under Section I – Property Coverages;

The following provision is added to **4. Property Not Covered:**

We do not cover property used primarily for "home-sharing host activities".

## D. Coverage D – Loss Of Use

Paragraph **D.2. Fair Rental Value** is replaced by the following:

**2. Fair Rental Value**

If a loss covered under Section I makes that part of the "residence premises" rented to others or held for rental by you not fit to live in, we cover the fair rental value of such premises less any expenses that do not continue while it is not fit to live in.

However, we do not cover any fair rental value arising out of or in connection with "home-sharing host activities".

Payment will be for the shortest time required to repair or replace such premises.

## SECTION I – PERILS INSURED AGAINST

## A. Coverage A – Dwelling And Coverage B – Other Structures

Paragraph **A.2.c.(3)** is replaced by the following:

**(3)** Theft:

**(a)** If such loss arises out of or results from "home-sharing host activities"; or

**(b)** In or to a dwelling under construction, or of materials and supplies for use in the construction until the dwelling is finished and occupied;

Paragraph **A.2.c.(4)** is replaced by the following:

**(4)** Vandalism and malicious mischief, and any ensuing loss caused by any intentional and wrongful act committed in the course of the vandalism or malicious mischief, if:

**(a)** The loss arises out of or results from "home-sharing host activities"; or

**(b)** The dwelling has been vacant for more than 60 consecutive days immediately before the loss. A dwelling being constructed is not considered vacant;

## B. Coverage C – Personal Property

Paragraph **B.8.** is replaced by the following:

**8. Vandalism Or Malicious Mischief**

This peril does not include loss caused by vandalism or malicious mischief to property arising out of or resulting from "home-sharing host activities".

Paragraph **B.9.** is replaced by the following:

**9. Theft**

**a.** This peril includes attempted theft and loss of property from a known place when it is likely that the property has been stolen.

**b.** This peril does not include loss caused by theft:

**(1)** Committed by an "insured";

**(2)** In or to a dwelling under construction, or of materials and supplies for use in the construction until the dwelling is finished and occupied;

**(3)** From that part of a "residence premises" rented by an "insured" to someone other than another "insured";

**(4)** That occurs off the "residence premises" of:

**(a)** Trailers, semitrailers and campers;

**(b)** Watercraft of all types, and their furnishings, equipment and outboard engines or motors; or

**(c)** Property while at any other residence owned by, rented to, or occupied by an "insured", except while an "insured" is temporarily living there. Property of an "insured" who is a student is covered while at the residence the student occupies to attend school as long as the student has been there at any time during the 90 days immediately before the loss; or

© Insurance Services Office, Inc., 2016

INSURED   1 COPY

**HO 06 53 02 17**

CERTIFIED POLICY COPY-ARROWHEAD UNDERWRITING 7.17.2023

**(5)** If such loss arises out of or results from "home-sharing host activities".

## SECTION II – EXCLUSIONS

Exclusion **E.2.** is replaced by the following:

Coverages **E** and **F** do not apply to the following:

**2. "Business"**

**a.** "Bodily injury" or "property damage" arising out of or in connection with a "business" conducted from an "insured location" or engaged in by an "insured", whether or not the "business" is owned or operated by an "insured" or employs an "insured".

This Exclusion **E.2.** applies but is not limited to an act or omission, regardless of its nature or circumstance, involving a service or duty rendered, promised, owed, or implied to be provided because of the nature of the "business".

**b.** With respect to other than "home-sharing host activities", this Exclusion **E.2.** does not apply to:

**(1)** The rental or holding for rental of an "insured location":

**(a)** On an occasional basis if used only as a residence;

**(b)** In part for use only as a residence, unless a single-family unit is intended for use by the occupying family to lodge more than two roomers or boarders; or

**(c)** In part, as an office, school, studio or private garage; and

**(2)** An "insured" under the age of 21 years involved in a part-time or occasional, self-employed "business" with no employees;

Exclusion **G.4.** is replaced by the following:

Coverage **F** does not apply to "bodily injury":

**4.** To:

**a.** A "home-sharing occupant"; or

**b.** Any person, other than a "residence employee" of an "insured", regularly residing on any part of the "insured location".

The following provision is added:

**Personal Injury Coverage**

If the Personal Injury Coverage endorsement is made a part of this Policy, Exclusion **1.g.** is replaced by the following:

This insurance does not apply to:

**1.** "Personal injury":

**g.** Arising out of or in connection with a "business" conducted from an "insured location" or engaged in by an "insured", whether or not the "business" is owned or operated by an "insured" or employs an "insured". This exclusion applies but is not limited to an act or omission, regardless of its nature or circumstance, involving a service or duty rendered, promised, owed, or implied to be provided because of the nature of the "business".

With respect to other than "home-sharing host activities", this exclusion does not apply to:

**(1)** The rental or holding for rental of an "insured location":

**(a)** On an occasional basis if used only as a residence;

**(b)** In part for use only as a residence, unless a single-family unit is intended for use by the occupying family to lodge more than two roomers or boarders; or

**(c)** In part, as an office, school, studio or private garage; and

**(2)** An "insured" under the age of 21 years involved in a part-time or occasional, self-employed "business" with no employees;

All other provisions of this Policy apply.

ZHO2542250

CERTIFIED POLICY COPY-ARROWHEAD UNDERWRITING 7.17.2023

# ZURICH AMERICAN INSURANCE COMPANY

## ANIMAL LIABILITY EXCLUSION

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY**

The following Exclusion is added to Paragraph **E. Coverage E – Personal Liability And Coverage F – Medical Payments To Others** under **SECTION II – EXCLUSIONS**:

Coverages **E** and **F** do not apply to the following:

**Animals**

"Bodily injury" or "property damage" arising out of the:

**a.** Ownership of; or

**b.** Care of, including the temporary supervision of,

any animal.

This exclusion does not apply to seeing guide dogs, hearing dogs, or dogs trained to assist the physically challenged.

All other terms, conditions, provisions and exclusions of this policy remain the same.

CERTIFIED POLICY COPY-ARROWHEAD UNDERWRITING 7.17.2023

# ZURICH AMERICAN INSURANCE COMPANY

# SWIMMING POOL DIVING BOARDS AND SWIMMING POOL SLIDES EXCLUSION

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

The following Exclusion is added to Paragraph **E. Coverage E – Personal Liability And Coverage F – Medical Payments To Others** under **SECTION II – EXCLUSIONS**:

Coverages **E** and **F** do not apply to the following:

**Swimming Pool Diving Boards and Swimming Pool Slides**

"Bodily injury" or "property damage" arising out of the:

**a.** Ownership of;

**b.** Care of; or

**c.** Use of,

any swimming pool diving board or any swimming pool slide, whether on the "residence premises" or elsewhere.

All other terms, conditions, provisions and exclusions of this policy remain the same.

ZHO2542250

# ZURICH AMERICAN INSURANCE COMPANY

# CONTROLLED SUBSTANCES AND CANNABIS EXCLUSION

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**A.** The following definition is added to **DEFINITIONS**:

"Cannabis":

**a.** Means:

Any good or product that consists of or contains any amount of Tetrahydrocannabinol (THC) or any other cannabinoid, regardless of whether any such THC or cannabinoid is natural or synthetic.

**b.** Paragraph **a.** above includes, but is not limited to, any of the following containing such THC or cannabinoid:

**(1)** Any plant of the genus Cannabis L., or any part thereof, such as seeds, stems, flowers, stalks and roots; or

**(2)** Any compound, byproduct, extract, derivative, mixture or combination, such as, but not limited to:

**(a)** Resin, oil or wax;

**(b)** Hash or hemp; or

**(c)** Infused liquid or edible cannabis;

whether derived from any plant or part of any plant set forth in Paragraph **b.(1)** above or not.

**B.** The following are added to **C. Coverage C. – Personal Property, 4. Property Not Covered** of **SECTION I – PROPERTY COVERAGES:**

We do not cover:

Controlled Substances as defined by the Federal Food and Drug Law at 21 U.S.C.A. Sections 811 and 812. Controlled Substances include but are not limited to cocaine, LSD, and all narcotic drugs. However, we do cover controlled substances if prescribed by a lawful order of a licensed health care professional for the legitimate use by an "insured".

"Cannabis", (whether or not a controlled substance as defined by the Federal Food and Drug Law at 21 U.S.C.A. Sections 811 and 812), and any equipment used to grow or process it for any purpose, even if:

**(1)** Legal under state law; or

**(2)** Prescribed by a lawful order of a licensed health care professional.

**C.** The following are added to Paragraph **A., SECTION I – EXCLUSIONS**:

**Controlled Substances**

The use, sale, manufacture, delivery, transfer or possession by any person of a Controlled Substance as defined by the Federal Food and Drug Law at 21 U.S.C.A. Sections 811 and 812 whether or not within the knowledge or control of an "insured". Controlled Substances include but are not limited to cocaine, LSD, and all narcotic drugs. However, this exclusion does not apply to controlled substances if prescribed by a lawful order of a licensed health care professional for the legitimate use by an "insured".

**Cannabis**

The use, sale, growth, harvest, manufacture, delivery, transfer or possession by any person of "cannabis" (whether or not a controlled substance as defined by the Federal Food and Drug Law at 21 U.S.C.A. Sections 811 and 812), whether or not within the knowledge or control of an "insured".

CERTIFIED POLICY COPY-ARROWHEAD UNDERWRITING 7.17.2023

D. Paragraph **8. Controlled Substance** in **E. Coverage E – Personal Liability And Coverage F – Medical Payments To Others** under **SECTION II – EXCLUSIONS** is replaced by the following:

**8. Controlled Substance**

"Bodily injury" or "property damage" arising out of the use, sale, manufacture, delivery, transfer or possession by any person of a Controlled Substance as defined by the Federal Food and Drug Law at 21 U.S.C.A. Sections 811 and 812. Controlled Substances include but are not limited to cocaine, LSD, and all narcotic drugs. However, this exclusion does not apply to the legitimate use of prescription drugs by a person following the lawful orders of a licensed health care professional.

Such loss is excluded whether by vandalism or any other cause and whether or not within the knowledge or control of an "insured".

E. The following Exclusion is added to Paragraph **E. Coverage E – Personal Liability And Coverage F – Medical Payments To Others** under **SECTION II – EXCLUSIONS**:

Coverages **E** and **F** do not apply to the following:

**Cannabis** (whether or not a controlled substance as defined by the Federal Food and Drug Law at 21 U.S.C.A. Sections 811 and 812)

   **a.** "Bodily injury" or "property damage" arising out of, caused by, or attributable to, whether in whole or in part, the following:

      **(1)** The design, cultivation, manufacture, storage, distribution, sale, serving, furnishing, use, possession or disposal of "cannabis";

      **(2)** The actual, alleged, threatened or suspected inhalation, ingestion, absorption or consumption of, contact with, exposure to, existence of, or presence of "cannabis"; or

   **b.** "Property damage" to "cannabis".

This exclusion applies even if the claims against any "insured" allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that "insured", if the "occurrence" which caused the "bodily injury" or "property damage", involved that which is described in Paragraph **a.** or **b.** above.

However, this exclusion does not apply to any "cannabis" that is not designed, manufactured, distributed, sold, served or furnished for bodily:

      **(a)** Ingestion;

      **(b)** Inhalation;

      **(c)** Absorption; or

      **(d)** Consumption.

All other terms, conditions, provisions and exclusions of this policy remain the same.

ZAHHO-CSCE CA 09 18     Includes copyrighted material of Insurance Services Office, Inc., with its permission.     Page 2 of 2

Issue Date: 07/17/23                 INSURED   1 COPY

CERTIFIED POLICY COPY-ARROWHEAD UNDERWRITING 7.17.2023

# ZURICH AMERICAN INSURANCE COMPANY

# TRAMPOLINE EXCLUSION

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

The following Exclusion is added to Paragraph **E. Coverage E – Personal Liability And Coverage F – Medical Payments To Others** under **SECTION II – EXCLUSIONS**:

Coverages **E** and **F** do not apply to the following:

**Trampolines**

"Bodily injury" or "property damage" arising out of the:

a.  Ownership of;

b.  Care of; or

c.  Use of,

a trampoline, whether on the "residence premises" or elsewhere.


All other terms, conditions, provisions and exclusions of this policy remain the same.

CERTIFIED POLICY COPY-ARROWHEAD UNDERWRITING 7.17.2023

# Zurich American Insurance Company

## PROPERTY PREMIUM DISCOUNT AVAILABILITY

Have you taken advantage of the many credits offered with our homeowners program? If you think you may qualify for one or more of the credits listed below, please contact your producer. Any credits you currently receive are listed on your declarations page.

| TYPE OF CREDIT | |
|---|---|
| **Burglar/Fire Alarms** | Available if you have installed a burglar and/or fire alarm system. The size of the credit varies with the type of alarm you have installed.  Proof of Installation is required. |
| **Automatic Sprinkler System** | Available when automatic sprinklers are installed in your home. The size of the credit varies with the type of installation.  Proof of installation is required. |
| **Water Detection** | Available if your home is equipped with water leak detection sensors in bathrooms, kitchen, and utility rooms with water heater or washing machine. |
| **Claim Free Credit** | Available when you have been continuously insured and claim free for 5 years. |
| **Tile Roof Credit** | Available when your home has a tile roof. |
| **Guarded Gate/Limited Access Community Credit** | Available when your home is in a controlled access community that is fenced or closed-in. |
| **Earthquake Retrofit Credit** | Available if your home has been retrofitted against earthquakes and is built prior to 1930. |
| **Mature Homeowner Credit** | Available if you are 55 years of age or older. Primary residence only. |
| **Renovated Home Credit** | Available when you have completed specific renovations to your plumbing, heating, cooling or electrical systems or have replaced your roof. Proof of renovation is required. |
| **New Purchase Credit** | Available when you recently obtained your policy to coincide with the purchase of a home. |
| **Preferred Builder Credit** | Available for homes 10 years and newer if your home was built by a preferred builder. |

Your producer will be able to further explain any questions regarding these credits. Your producer's name and phone number are shown on your declarations page.

CAHO3 HPDZ (07/21)

CERTIFIED POLICY COPY-ARROWHEAD UNDERWRITING 7.17.2023



ZURICH®

## Privacy Notice
### We Take Important Steps to Protect the Nonpublic Personal Information We Collect About You

**Dear Customer:**                                                                                  *rev. January 2020*

We care about your privacy. That is why we believe in your right to know what nonpublic personal information ("NPI") we collect about you and what we do with that information.  This Privacy Notice describes the NPI we collect about you and how we share and protect that information.

| Overview | UNDERSTANDING HOW WE USE YOUR PERSONAL INFORMATION |
|---|---|
| **Why are you receiving this Notice?** | Financial institutions, which include the Company, choose how they share your NPI.  Federal and state law gives consumers the right to limit some but not all sharing of that information.  Federal law also requires us to tell you how we collect, share and safeguard your NPI.  You are receiving this Privacy Notice because our records show either that you are a customer who is obtaining or has obtained insurance coverage or non-insurance products or services. |
| **What types of information do we collect?** | The types of NPI we collect depend on the product or service you have with us.  This information can include:<br><br>• Information about you we receive on applications or other forms, such as your name, address, telephone number, date of birth, your social security number, driver's license number, employment information, information about your income, assets and net worth, and medical information;<br>• Information about your transactions with the Company and its affiliates;<br>• Information about your insurance coverage, premiums, claims history, and payment history;<br>• Data from insurance support organizations, government agencies, insurance information sharing bureaus;<br>• Property information and similar data about you or your property, such as property appraisal reports; and<br>• Information we receive from a consumer reporting agency or insurance information sharing bureau, such as a credit or fraud report.<br><br>When your relationship with us ends, we may continue to share information about you as described in this Privacy Notice. |
| **What do we do with the NPI we collect?** | We share your NPI in the course of supporting your insurance coverage or non-insurance products or services, as authorized by law, or with your consent.  This includes sharing, as permitted by law, your NPI with affiliated parties and nonaffiliated third parties, as applicable, in the course of supporting your insurance coverage or non-insurance products.<br><br>These affiliates and nonaffiliated third parties include:<br>• Financial service providers, such as banks and other insurance companies;<br>• Non-financial companies, such as medical providers and nonaffiliated service providers that perform marketing services on our behalf; and<br>• Others, such as consumer reporting agencies and insurance information sharing bureaus.<br><br>In the section below, we list the reasons we can share your NPI, whether we actually share your NPI, and whether you can opt out of this sharing (or if you are a resident of Vermont, whether you |

CERTIFIED POLICY COPY-ARROWHEAD UNDERWRITING 7.17.2023

have the right to opt in to allowing this sharing).

| Reasons we can share your personal information | Does Company Share? | Can you opt out of this sharing or limit this sharing or is your authorization required for this sharing?<br><br>[For residents of Vermont: Do you have the right to opt in to allow this sharing?] |
|---|---|---|
| For our everyday business purposes – such as to process your transactions, administer insurance coverage, products or services, maintain your account, prevent fraud and report to credit bureaus | Yes | No |
| For our marketing purposes - to offer our products and services to you | Yes | No |
| For joint marketing with other financial companies | No | Not Applicable |
| For our affiliates' everyday business purposes – transaction and experience information | Yes | No |
| For our affiliates' everyday business purposes – information about your creditworthiness | No | Not Applicable |
| For our affiliates to market to you | Yes | No |
| For non-affiliates to market their products to you | No | Not Applicable |

| Collecting and safeguarding information | |
|---|---|
| How often do you notify me about your privacy practices? | We must notify you about our sharing practices when you receive your policy, open an account or purchase a service, and each year while you are a customer, or when significant or legal changes require a revision. Please review the privacy policy posted on our website, ZurichNA.com. It contains additional information about our practices. |
| Why do you collect my NPI? | We collect NPI when you apply for insurance or file an insurance claim to help us provide you with our insurance products and services, and determine your insurability or other eligibility. We may also ask you and others for information to help us verify your identity in order to prevent money laundering and terrorism. Information in a report prepared by an insurance support organization may be retained by that organization and provided to others. |
| What NPI do we share? | We may provide to affiliates and/or nonaffiliated third parties the same NPI listed above in the section entitled, "What types of information do we collect?" |
| How do you safeguard my NPI? | Employees who have access to your NPI are required to maintain and protect the confidentiality of that information. Access to your personal information may be needed to conduct business on your behalf or to service your insurance coverage. In addition, we maintain physical, electronic and procedural measures to protect your personal information in compliance with applicable laws and regulatory standards. |

CERTIFIED POLICY COPY-ARROWHEAD UNDERWRITING 7.17.2023

**FOR RESIDENTS OF ARIZONA, CALIFORNIA, CONNECTICUT, GEORGIA, ILLINOIS, MAINE, MASSACHUSETTS, MINNESOTA, MONTANA, NEW JERSEY, NEVADA, NORTH CAROLINA, OHIO, OREGON, OR VIRGINIA:**

**You have the following individual rights under state law:**

Except for certain documents related to claims and lawsuits, you have the right to access the recorded personal information that we have collected about you which we reasonably can locate and retrieve. To access your recorded personal information, you must submit a request using our online form on our website, ZurichNA.com, or calling our toll-free number at 1-800-382-2150. You may also reasonably describe the information you seek in writing and send your written request to the Privacy Office via mail (Zurich – Privacy Office, 1299 Zurich Way, Schaumburg, IL 60196) or via email at privacy.office@zurichna.com. If you would like a copy of your recorded personal information that we reasonably can locate and retrieve, we may charge you a reasonable fee to cover the costs incurred in providing you a copy of the recorded information if it is permitted by law. If you request medical records, we may elect to supply that information to you through your designated medical professional for security purposes. We may also direct you to a consumer reporting agency to obtain certain consumer report information.

Generally, most of the recorded nonpublic personal information we collect about you and have in our possession is from policy applications or enrollment forms you submit to obtain our products and services, and is reflected in your statements and other documentation you receive from us. If you believe that the personal information we have about you in our records is incomplete or inaccurate, please let us know at once through any of the above methods, and we will investigate and correct any errors we find.

You also have the right to request the correction, amendment, or deletion of recorded personal information about you that we have in our possession. You may make your request using any of the above methods.

Residents of California and Nevada have additional rights over their non-public personal information if it is not governed by the Gramm-Leach-Bliley Act. For more information about these rights, please consult our online privacy policy posted on our website, ZurichNA.com.

**FOR RESIDENTS OF MASSACHUSETTS ONLY WHO ARE ZNA P&C CUSTOMERS:** You may ask in writing for the specific reasons for an adverse underwriting decision. An adverse underwriting decision is where we decline your application for insurance, offer to insure you at a higher than standard rate or terminate your coverage.

| Key words and phrases | TERMS YOU SHOULD KNOW |
| --- | --- |

| Definitions | |
| --- | --- |
| **Everyday business purposes** | The actions necessary for financial companies like the Company to conduct business and manage customer accounts, such as:<br>• Processing transactions, mailing and auditing services;<br>• Administering insurance coverage, product, services or claims;<br>• Providing information to credit bureaus;<br>• Protecting against fraud;<br>• Responding to court/governmental orders or subpoenas and legal investigations; and<br>• Responding to insurance regulatory authorities. |
| **Affiliates** | Financial or nonfinancial companies related by common ownership or control.<br>• *Company affiliates include insurance and non-insurance companies under common ownership with the Company and that provide insurance and non-insurance products or services.* |
| **Nonaffiliated Third Parties** | Financial or nonfinancial companies not related by common ownership or control. We may share your information with companies that we hire to perform marketing and business services for us, such as data processing, computer software maintenance and development, and transaction processing. When we share information with others to perform these services, they are required to take appropriate steps to protect this information and use it only for purposes of performing the services.<br>• *The Company does not share information with nonaffiliates to market their products to you.* |

U-GU-1107-D CW (01/20)
©2020 Zurich American Insurance Company

3

Issue Date: 07/17/23                    INSURED   1 COPY

CERTIFIED POLICY COPY-ARROWHEAD UNDERWRITING 7.17.2023

| Joint marketing | A formal agreement between nonaffiliated financial companies that together market financial products or services to you. |
|---|---|
| | • *The Company does not jointly market.* |

| Changes to this Privacy Notice; contact us | We may change the policies, standards and procedures described in this Notice at any time to comply with applicable laws and/or to conform to our current business practices. We will notify you of material changes. |
|---|---|
| | If you have any questions about your contract with us, you should contact your agent. |
| | If you have questions specific to our Privacy Notice, contact our Privacy Office via mail (Zurich – Privacy Office, 1299 Zurich Way, Schaumburg, IL 60196) or via email at privacy.office@zurichna.com. |

This Privacy Notice is sent on behalf of the following affiliated companies, which are referred to in this Privacy Notice, in the aggregate, as the "Company:"

*American Guarantee and Liability Insurance Company, American Zurich Insurance Company, Colonial American Casualty and Surety Company, Empire Fire & Marine Insurance Company, Empire Indemnity Insurance Company, The Fidelity and Deposit Company of Maryland, Steadfast Insurance Company, Universal Underwriters Insurance Company, Universal Underwriters of Texas Insurance Company, Zurich American Insurance Company, Zurich American Insurance Company of Illinois, The Zurich Services Corporation (together, "the ZNA P&C Companies"), Zurich American Life Insurance Company, and Zurich American Life Insurance Company of New York.*

CERTIFIED POLICY COPY-ARROWHEAD UNDERWRITING 7.17.2023

# Important Notice – In Witness Clause



In return for the payment of premium, and subject to the terms of this policy, coverage is provided as stated in this policy.

IN WITNESS WHEREOF, this Company has executed and attested these presents and, where required by law, has caused this policy to be countersigned by its duly Authorized Representative(s).

President                                          Corporate Secretary

---

**QUESTIONS ABOUT YOUR INSURANCE?**  Your agent or broker is best equipped to provide information about your insurance.  Should you require additional information or assistance in resolving a complaint, call or write to the following (please have your policy or claim number ready):

Zurich in North America
Customer Inquiry Center
1299 Zurich Way
Schaumburg, Illinois  60196-1056
**1-800-382-2150** (Business Hours:  8am - 4pm [CT])
**Email:** info.source@zurichna.com

U-GU-319-F  (01/09)
Page 1 of 1

Issue Date: 07/17/23                    INSURED   1 COPY

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE

Historic Court House
4050 Main Street, Riverside, CA 92501
www.riverside.courts.ca.gov

**Case Number:**    CVRI2306672

**Case Name:**    DE YOUNG vs ZURICH AMERICAN INSURANCE COMPANY

ERIKA E. ALBA
6080 CENTER DRIVE, 6TH FLOOR
Los Angeles, CA 90045

## NOTICE OF CASE MANAGEMENT CONFERENCE

The Case Management Conference is scheduled as follows:

| Hearing Date | Hearing Time | Department |
|---|---|---|
| 06/10/2024 | 8:30 AM | Department 6 |
| Location of Hearing: | | |
| 4050 Main Street, Riverside, CA 92501 | | |

No later than 15 calendar days before the date set for the case management conference or review, each party must file a case management statement and serve it on all other parties in the case. CRC, Rule 3.725.

The plaintiff/cross-complainant shall serve a copy of this notice on all defendants/cross-defendants who are named or added to the complaint and file proof of service.

Any disqualification pursuant to CCP Section 170.6 shall be filed in accordance with that section.

**Remote Appearance at Hearing:** The court **strongly encourages** parties and counsel to appear remotely for non-evidentiary hearings in civil cases. Pursuant to local rule 3132, persons intending to appear remotely shall notify all opposing parties of their intention to appear remotely before the hearing. Notice may be given informally, including by telephone, email, or text message. To appear remotely, on the day of the hearing, either use your computer, mobile device, or dial (833) 568-8864 (toll free) or (669) 254-5252, when prompted enter:

Meeting ID: 161-830-3643 #
Access Code: Press the # key (no number after the #)

Please MUTE your phone until your case is called, and it is your turn to speak. It is important to note that you must call twenty (20) minutes prior to the scheduled hearing time to check in or there may be a delay in your case being heard.

CI-NOCMC
(Rev. 03/02/22)



| Interpreter services are available upon request.  If you need an interpreter, please complete and submit the online Interpreter Request Form (https://riverside.courts.ca.gov/Divisions/InterpreterInfo/ri-in007.pdf) or contact the clerk's office and verbally request an interpreter. All requests must be made in advance with as much notice as possible, and prior to the hearing date in order to secure an interpreter. |
| Assistive listening systems, computer-assisted real time captioning, or sign language interpreter services are available upon request if at least 5 days notice is provided.  Contact the Office of the ADA Coordinator by calling (951) 777-3023 or TDD (951) 777-3769 between 8:00 am and 4:30 pm or by emailing ADA@riverside.courts.ca.gov to request an accommodation.  A *Request for Accommodations by Persons With Disabilities and Order* (form MC-410) must be submitted when requesting an accommodation.  (Civil Code section 54.8.) |

## CERTIFICATE OF MAILING

I certify that I am currently employed by the Superior Court of California, County of Riverside, and that I am not a party to this action or proceeding.  In my capacity, I am familiar with the practices and procedures used in connection with the mailing of correspondence.  Such correspondence is deposited in the outgoing mail of the Superior Court.  Outgoing mail is delivered to and mailed by the United States Postal Service, postage prepaid, the same day in the ordinary course of business.  I certify that I served a copy of the Notice of Case Management Conference on this date, by depositing said copy as stated above.

Dated: 12/12/2023

JASON B. GALKIN,
Court Executive Officer/Clerk of the Court

by: _J. DeRosier_

J. DeRosier, Deputy Clerk

CI-NOCMC
(Rev. 03/02/22)

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE
Historic Court House
4050 Main Street, Riverside, CA 92501
www.riverside.courts.ca.gov

**Case Number:**  CVRI2306672

**Case Name:**  DE YOUNG vs ZURICH AMERICAN INSURANCE COMPANY

TIM DE YOUNG

## NOTICE OF CASE MANAGEMENT CONFERENCE

The Case Management Conference is scheduled as follows:

| Hearing Date | Hearing Time | Department |
|---|---|---|
| 06/10/2024 | 8:30 AM | Department 6 |
| Location of Hearing: | | |
| **4050 Main Street, Riverside, CA 92501** | | |

No later than 15 calendar days before the date set for the case management conference or review, each party must file a case management statement and serve it on all other parties in the case.  CRC, Rule 3.725.

The plaintiff/cross-complainant shall serve a copy of this notice on all defendants/cross-defendants who are named or added to the complaint and file proof of service.

Any disqualification pursuant to CCP Section 170.6 shall be filed in accordance with that section.

**Remote Appearance at Hearing:** The court **strongly encourages** parties and counsel to appear remotely for non-evidentiary hearings in civil cases.  Pursuant to local rule 3132, persons intending to appear remotely shall notify all opposing parties of their intention to appear remotely before the hearing.  Notice may be given informally, including by telephone, email, or text message. To appear remotely, on the day of the hearing, either use your computer, mobile device, or dial (833) 568-8864 (toll free) or (669) 254-5252, when prompted enter:

Meeting ID: 161-830-3643 #
Access Code: Press the # key (no number after the #)

Please MUTE your phone until your case is called, and it is your turn to speak.  It is important to note that you must call twenty (20) minutes prior to the scheduled hearing time to check in or there may be a delay in your case being heard.

CI-NOCMC
(Rev. 03/02/22)




| | Interpreter services are available upon request.  If you need an interpreter, please complete and submit the online Interpreter Request Form (https://riverside.courts.ca.gov/Divisions/InterpreterInfo/ri-in007.pdf) or contact the clerk's office and verbally request an interpreter. All requests must be made in advance with as much notice as possible, and prior to the hearing date in order to secure an interpreter. |
|---|---|
| | Assistive listening systems, computer-assisted real time captioning, or sign language interpreter services are available upon request if at least 5 days notice is provided.  Contact the Office of the ADA Coordinator by calling (951) 777-3023 or TDD (951) 777-3769 between 8:00 am and 4:30 pm or by emailing ADA@riverside.courts.ca.gov to request an accommodation.  A *Request for Accommodations by Persons With Disabilities and Order* (form MC-410) must be submitted when requesting an accommodation.  (Civil Code section 54.8.) |

## CERTIFICATE OF MAILING

I certify that I am currently employed by the Superior Court of California, County of Riverside, and that I am not a party to this action or proceeding.  In my capacity, I am familiar with the practices and procedures used in connection with the mailing of correspondence.  Such correspondence is deposited in the outgoing mail of the Superior Court.  Outgoing mail is delivered to and mailed by the United States Postal Service, postage prepaid, the same day in the ordinary course of business.  I certify that I served a copy of the Notice of Case Management Conference on this date, by depositing said copy as stated above.

Dated: 12/12/2023

JASON B. GALKIN,
Court Executive Officer/Clerk of the Court

by: *Josslin DeRosier*
_____
J. DeRosier, Deputy Clerk

C1-NOCMC
(Rev. 03/02/22)

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE
Historic Court House
4050 Main Street, Riverside, CA 92501
www.riverside.courts.ca.gov

**Case Number:**   CVRI2306672

**Case Name:**   DE YOUNG vs ZURICH AMERICAN INSURANCE COMPANY

DEBORA DE YOUNG

## NOTICE OF CASE MANAGEMENT CONFERENCE

The Case Management Conference is scheduled as follows:

| Hearing Date | Hearing Time | Department |
|---|---|---|
| 06/10/2024 | 8:30 AM | Department 6 |
| Location of Hearing: | | |
| **4050 Main Street, Riverside, CA 92501** | | |

No later than 15 calendar days before the date set for the case management conference or review, each party must file a case management statement and serve it on all other parties in the case.  CRC, Rule 3.725.

The plaintiff/cross-complainant shall serve a copy of this notice on all defendants/cross-defendants who are named or added to the complaint and file proof of service.

Any disqualification pursuant to CCP Section 170.6 shall be filed in accordance with that section.

**Remote Appearance at Hearing:** The court **strongly encourages** parties and counsel to appear remotely for non-evidentiary hearings in civil cases.  Pursuant to local rule 3132, persons intending to appear remotely shall notify all opposing parties of their intention to appear remotely before the hearing.  Notice may be given informally, including by telephone, email, or text message. To appear remotely, on the day of the hearing, either use your computer, mobile device, or dial (833) 568-8864 (toll free) or (669) 254-5252, when prompted enter:

Meeting ID: 161-830-3643 #
Access Code: Press the # key (no number after the #)

Please MUTE your phone until your case is called, and it is your turn to speak.  It is important to note that you must call twenty (20) minutes prior to the scheduled hearing time to check in or there may be a delay in your case being heard.

CI-NOCMC
(Rev. 03/02/22)




| Interpreter services are available upon request. If you need an interpreter, please complete and submit the online Interpreter Request Form (https://riverside.courts.ca.gov/Divisions/InterpreterInfo/ri-in007.pdf) or contact the clerk's office and verbally request an interpreter. All requests must be made in advance with as much notice as possible, and prior to the hearing date in order to secure an interpreter. |
| Assistive listening systems, computer-assisted real time captioning, or sign language interpreter services are available upon request if at least 5 days notice is provided. Contact the Office of the ADA Coordinator by calling (951) 777-3023 or TDD (951) 777-3769 between 8:00 am and 4:30 pm or by emailing ADA@riverside.courts.ca.gov to request an accommodation. A *Request for Accommodations by Persons With Disabilities and Order* (form MC-410) must be submitted when requesting an accommodation. (Civil Code section 54.8.) |

## CERTIFICATE OF MAILING

I certify that I am currently employed by the Superior Court of California, County of Riverside, and that I am not a party to this action or proceeding. In my capacity, I am familiar with the practices and procedures used in connection with the mailing of correspondence. Such correspondence is deposited in the outgoing mail of the Superior Court. Outgoing mail is delivered to and mailed by the United States Postal Service, postage prepaid, the same day in the ordinary course of business. I certify that I served a copy of the Notice of Case Management Conference on this date, by depositing said copy as stated above.

Dated: 12/12/2023

JASON B. GALKIN,
Court Executive Officer/Clerk of the Court

by: *J. DeRosier*
_____
J. DeRosier, Deputy Clerk

CI-NOCMC
(Rev. 03/02/22)

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE
Historic Court House
4050 Main Street, Riverside, CA 92501
www.riverside.courts.ca.gov

**Case Number:**    CVRI2306672

**Case Name:**    DE YOUNG vs ZURICH AMERICAN INSURANCE COMPANY

ZURICH AMERICAN INSURANCE COMPANY

### NOTICE OF CASE MANAGEMENT CONFERENCE

The Case Management Conference is scheduled as follows:

| Hearing Date | Hearing Time | Department |
|---|---|---|
| 06/10/2024 | 8:30 AM | Department 6 |
| Location of Hearing: | | |
| 4050 Main Street, Riverside, CA 92501 | | |

No later than 15 calendar days before the date set for the case management conference or review, each party must file a case management statement and serve it on all other parties in the case.  CRC, Rule 3.725.

The plaintiff/cross-complainant shall serve a copy of this notice on all defendants/cross-defendants who are named or added to the complaint and file proof of service.

Any disqualification pursuant to CCP Section 170.6 shall be filed in accordance with that section.

**Remote Appearance at Hearing:** The court **strongly encourages** parties and counsel to appear remotely for non-evidentiary hearings in civil cases.  Pursuant to local rule 3132, persons intending to appear remotely shall notify all opposing parties of their intention to appear remotely before the hearing.  Notice may be given informally, including by telephone, email, or text message. To appear remotely, on the day of the hearing, either use your computer, mobile device, or dial (833) 568-8864 (toll free) or (669) 254-5252, when prompted enter:

Meeting ID: 161-830-3643 #
Access Code: Press the # key (no number after the #)

Please MUTE your phone until your case is called, and it is your turn to speak.  It is important to note that you must call twenty (20) minutes prior to the scheduled hearing time to check in or there may be a delay in your case being heard.

CI-NOCMC
(Rev. 03/02/22)





| | Interpreter services are available upon request. If you need an interpreter, please complete and submit the online Interpreter Request Form (https://riverside.courts.ca.gov/Divisions/InterpreterInfo/ri-in007.pdf) or contact the clerk's office and verbally request an interpreter. All requests must be made in advance with as much notice as possible, and prior to the hearing date in order to secure an interpreter. |
| | Assistive listening systems, computer-assisted real time captioning, or sign language interpreter services are available upon request if at least 5 days notice is provided. Contact the Office of the ADA Coordinator by calling (951) 777-3023 or TDD (951) 777-3769 between 8:00 am and 4:30 pm or by emailing ADA@riverside.courts.ca.gov to request an accommodation. A *Request for Accommodations by Persons With Disabilities and Order* (form MC-410) must be submitted when requesting an accommodation. (Civil Code section 54.8.) |

CERTIFICATE OF MAILING

I certify that I am currently employed by the Superior Court of California, County of Riverside, and that I am not a party to this action or proceeding. In my capacity, I am familiar with the practices and procedures used in connection with the mailing of correspondence. Such correspondence is deposited in the outgoing mail of the Superior Court. Outgoing mail is delivered to and mailed by the United States Postal Service, postage prepaid, the same day in the ordinary course of business. I certify that I served a copy of the Notice of Case Management Conference on this date, by depositing said copy as stated above.

Dated: 12/12/2023

JASON B. GALKIN,
Court Executive Officer/Clerk of the Court

by: _Jaselin DeRosier_
_____
J. DeRosier, Deputy Clerk

CI-NOCMC
(Rev. 03/02/22)

Notice has been printed for the following Firm/Attorneys or Parties: CVRI2306672

ALBA, ERIKA E.                              DE YOUNG, TIM
6080 CENTER DRIVE, 6TH FLOOR
Los Angeles, CA 90045
                                           ZURICH AMERICAN INSURANCE COMPANY

DE YOUNG, DEBORA

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE

Historic Court House
4050 Main Street, Riverside, CA 92501
www.riverside.courts.ca.gov

**Case Number:**   CVRI2306672

**Case Name:**   DE YOUNG vs ZURICH AMERICAN INSURANCE COMPANY

## NOTICE OF DEPARTMENT ASSIGNMENT

The above entitled case is assigned to the Honorable Eric A Keen in Department 6 for All Purposes.

Any disqualification pursuant to CCP section 170.6 shall be filed in accordance with that section.

The court follows California Rules of Court, Rule 3.1308(a)(1) for tentative rulings (see Riverside Superior Court Local Rule 3316). Tentative Rulings for each law and motion matter are posted on the internet by 3:00 p.m. on the court day immediately before the hearing at http://riverside.courts.ca.gov/tentativerulings.shtml. If you do not have internet access, you may obtain the tentative ruling by telephone at (760) 904-5722.

To request oral argument, you must (1) notify the judicial secretary at (760) 904-5722 and (2) inform all other parties, no later than 4:30 p.m. the court day before the hearing. If no request for oral argument is made by 4:30 p.m., the tentative ruling will become the final ruling on the matter effective the date of the hearing.

The filing party shall serve a copy of this notice on all parties.

|  | Interpreter services are available upon request. If you need an interpreter, please complete and submit the online Interpreter Request Form (https://riverside.courts.ca.gov/Divisions/InterpreterInfo/ri-in007.pdf) or contact the clerk's office and verbally request an interpreter. All requests must be made in advance with as much notice as possible, and prior to the hearing date in order to secure an interpreter. |
| --- | --- |
| | Assistive listening systems, computer-assisted real time captioning, or sign language interpreter services are available upon request if at least 5 days notice is provided. Contact the Office of the ADA Coordinator by calling (951) 777-3023 or TDD (951) 777-3769 between 8:00 am and 4:30 pm or by emailing ADA@riverside.courts.ca.gov to request an accommodation. A *Request for Accommodations by Persons With Disabilities and Order* (form MC-410) must be submitted when requesting an accommodation. (Civil Code section 54.8.) |

Dated: 12/12/2023

JASON B. GALKIN,
Court Executive Officer/Clerk of the Court

by: _Josslin DeRosier_
_____
J. DeRosier, Deputy Clerk

CI-NODACV
(Rev. 02/16/21)